```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A05-0234--CV (RRB)
              "DENISE FAYE GILLEN V SAFEWAY INC"

      Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 09/29/05
            Closed: NO

      Jurisdiction: (4) Diversity (see citizenship of parties)
     PLF Diversity: (1) Citizen of This State
     DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

    Nature of Suit: (360) Other personal injury
                   28:1332
            Origin: (2) Removed from State Court
            Demand: 120
        Filing fee: Paid $250.00 on 09/29/05 receipt # 00126670
          Trial by: Jury
```

Parties of Record:                                Counsel of Record:

PLF 1.1        GILLEN, DENISE FAYE                No counsel found for this party!

DEF 1.1        SAFEWAY, INC                       Cynthia L. Ducey
                                                  Delaney Wiles et al
                                                  1007 W. 3rd Avenue, Suite 400
                                                  Anchorage, AK 99501
                                                  907-279-3581
                                                  FAX 907-277-1331

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
        CIVIL DOCKET ENTRIES FOR CASE A05-0234--CV (RRB)
                "DENISE FAYE GILLEN V SAFEWAY INC"

                       For all filing dates
```

```
   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
             Filed: 09/29/05
            Closed: NO

      Jurisdiction: (4) Diversity (see citizenship of parties)
     PLF Diversity: (1) Citizen of This State
     DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

    Nature of Suit: (360) Other personal injury
                    28:1332
            Origin: (2) Removed from State Court
            Demand: 120
        Filing fee: Paid $250.00 on 09/29/05 receipt # 00126670
          Trial by: Jury
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 09/29/05 | DEF 1 Notice of Removal from Superior Court at Palmer Alaska case no 3PA-05-1645CV w/att exhs. |
| 2 - 1 | 09/29/05 | DEF 1 Notice of compliance. |
| 3 - 1 | 09/29/05 | DEF 1 Service List. |
| 4 - 1 | 09/29/05 | DEF 1 Attorney Appearance of C. Ducey. |
| 5 - 1 | 09/29/05 | DEF 1 Jury Demand. |
| 6 - 1 | 09/29/05 | DEF 1 Disclosure Statement. |
| 7 - 1 | 09/30/05 | RRB Minute Order to Petitioner Subsequent to Removal.  Petitioner to file w/i 10 days w/crt cys of state crt docs and svc list. cc: cnsl, E. Smith |
| 8 - 1 | 10/05/05 | DEF 1 Answer to Complaint. |
| 9 - 1 | 10/06/05 | RRB Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is due w/i 28 days from svc of this ord. cc: cnsl |
| 10 - 1 | 11/03/05 | PLF 1; DEF 1 Scheduling & Planning Conference Report. |
| 11 - 1 | 11/03/05 | PLF 1 Attorney Appearance of Elizabeth Smith. |
| 12 - 1 | 11/14/05 | RRB Scheduling and Planning Order setting pretrial deadlines: Original discovery 10/27/06; Dispositive motions deadline 11/30/06; Estimate of trial 7 days. cc: cnsl |
| 13 - 1 | 11/29/05 | PLF 1 Preliminary Witness List. |