IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DENISE FAYE GILLEN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| SAFEWAY, INC., | ) ) |
| Defendant. | ) ) |

Case No. A05-0234CV (RRB)

**NON-OPPOSED MOTION FOR EXTENSION OF TIME FOR REPLY BRIEF**

Plaintiff Denise Gillen herein moves, per D.Ak.L.R. 7.1, for extension of time to file her reply brief on the pending motion to amend her Complaint, regarding inclusion or preservation of "John Doe" and/or "Jane Doe" pharmacy licensees as parties, until on or before January 4, 2006. Adverse counsel's office was contacted and agreed to non-oppose such extension of the otherwise applicable five-day reply time frame. This is in recognition of the holidays and in recognition that certain federal databases are only available to the Law Offices of Kenneth J. Goldman, located in Palmer, via travel to and research in Anchorage.

Dated this 23rd day of December, 2005 in Palmer, Alaska.

_Elizabeth Smith_
Elizabeth N. Smith, ABA#9402003
Attorney for the Plaintiff

**ORDER**

IT IS SO ORDERED. An extension is granted until January 4, 2005.

Dated: _____   BY: _____
THE HONORABLE RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE

Law Offices of Kenneth J. Goldman, P.C.
550 S. Alaska Street Ste 4-5
Palmer, AK 99645
Phone: (907) 746-2346   Fax: (907) 746-2340