FILED
DEC 27 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

DENISE FAYE GILLEN,                )
                                   )
        Plaintiff,                 )
                                   )
v.                                 )
                                   )
SAFEWAY, INC.,                     )
                                   )
        Defendant.                 )
_____)  Case No. A05-0234CV (RRB)

### NON-OPPOSED MOTION FOR EXTENSION OF TIME FOR REPLY BRIEF

Plaintiff Denise Gillen herein moves, per D.Ak.L.R. 7.1, for extension of time to file her reply brief on the pending motion to amend her Complaint, regarding inclusion or preservation of "John Doe" and/or "Jane Doe" pharmacy licensees as parties, until on or before January 4, 2006. Adverse counsel's office was contacted and agreed to non-oppose such extension of the otherwise applicable five-day reply time frame. This is in recognition of the holidays and in recognition that certain federal databases are only available to the Law Offices of Kenneth J. Goldman, located in Palmer, via travel to and research in Anchorage.

Dated this 23rd day of December, 2005 in Palmer, Alaska.

_____
Elizabeth N. Smith, ABA#9402003
Attorney for the Plaintiff

FILED
DEC 27 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

### ORDER

IT IS SO ORDERED. An extension is granted until January 4, 2005.

Dated: _____         BY: _____
                           THE HONORABLE RALPH R. BEISTLINE
                           UNITED STATES DISTRICT JUDGE

This stipulation is approved, but is subject to reconsideration by a judicial officer within ten days from the date hereof.
CLERK OF COURT
Date: 12-27-05  By: _____
                    Deputy Clerk

Law Offices of Kenneth J. Goldman, P.C.
550 S. Alaska Street Ste 4-5
Palmer, AK 99645
Phone: (907) 746-2346   Fax: (907) 746-2340

Certificate of Service

I certify that on the _23_ day of
December, 2005, a true and correct
copy of the foregoing non-opposed
request for extension of time was mailed to:

Cynthia Ducey
Delaney, Wiles, Hayes, Gerety, Ellis & Young Inc.
1007 W. 3rd Avenue #400
Anchorage, AK 99501

_____

Law Offices of Kenneth J. Goldman, P.C.
550 S. Alaska Street Ste 4-5
Palmer, AK 99645
Phone: (907) 746-2346   Fax: (907) 746-2340