IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DENISE FAYE GILLEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| SAFEWAY, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) Case No. A05-0234CV (RRB) |

### AFFIDAVIT OF DENISE GILLEN

| | |
|---|---|
| STATE OF ALASKA | ) |
| | ) ss. |
| THIRD JUDICIAL DISTRICT | ) |

I, Denise Gillen, do swear under oath and penalty of perjury as following:

1. I just want the court to know that Safeway has not been forthcoming on information on anything it did in giving me the wrong prescription, sleeping pills (Ambien) instead of what I should have received that day.

2. I know that I woke up in jail very afraid, remembering little after I took the medication while driving.

3. My daughter, Amber, is the one who figured it all out. We kept talking about and trying to guess at "what happened." She is the one who guessed I must have got the wrong medication. We figured it out over the weekend, looking at the pills.

4. I made a series of phone calls to Safeway pharmacy the next Monday morning. Theresa was the first person I talked to there. I read the numbers on the pills, and

Law Offices of Kenneth J. Goldman, P.C.
550 S. Alaska Street Ste 4-5
Palmer, AK 99645
Phone: (907) 746-2346   Fax: (907) 746-2340

said this is what I thought happened. I am the one who told Safeway about the "screw-up." Safeway apparently made a bunch of calls after that, including to my doctor, Elizabeth Turgeon, because there was a panic about my getting the wrong medication (which could hurt me), about my not getting the right medication (which I needed), and about the shock of it all. I don't know Theresa's last name. In this small town, I don't even know who she is, really. At some point in all of the panic, Theresa told me that she "screwed up" and had to talk to her Anchorage bosses about it. I don't know all of what happened inside that pharmacy, and it's not like Safeway is glad to give me that information.

5. I never did get medical records or billing records showing the straight story. As far as I know, Safeway just re-filled my prescription correctly with Ultram, but did it at no charge which seemed like a good deal at the time. Later, I realized that my insurance company would have had no straight record that Ambien was given, but charged as Ultram, or that Ultram really was given later but done at free.

6. I don't know if Safeway ever reported to the government (the DEA) that Ambien, a controlled substance, was given to me. I have not seen any paperwork on that.

7. I did personally go to the pharmacy after the error to ask for release of my records. All it was one page that I got there. It's the same one page as my attorneys got when I asked them to help me get records. The one page made it seem like there never was a mistake. The one page is not honest at all. It shows no Ambien being prescribed on September 16 or 17, 2004, which is what really happened. It shows Ultra on September 16, 2004, which is obviously not true (I got Ambien), and then

Law Offices of Kenneth J. Goldman, P.C.
550 S. Alaska Street Ste 4-5
Palmer, AK 99645
Phone: (907) 746-2346   Fax: (907) 746-2340

Affidavit of Denise Gillen*Dena Goldman*   Page 2   ATTACHMENT/EXHIBIT __I__   12/23/2005
Gillen v. Safeway, #A05-0234CV (RRB)                    PAGE __2__ OF __3__

shows Ultracet four days later on September 20, 2004 when I got it for free when everybody was in a panic about the mistake. By the time I asked for and received the one-page record, it was so long after the "screw-up" that the pharmacy had plenty of time to correct the one-page record to show the real history. I believe that Safeway has not been candid about its records.

8. Safeway never initiated any of this information. I had to alert Safeway to everything, and it was like chasing Safeway down on the error.

9. When my attorneys and I sued out the case in Palmer (state court), we did not know and we still do not know the full names of each individual inside that pharmacy who physically put Ambien in my Ultracet or Ultram bottle. There are supposed to be people cross-checking each other's work inside there, as I understand it. I don't know all of what happened inside that pharmacy, and it's not like Safeway has rushed to tell me either. I could not name the people today if I had to do so. Safeway hurried up and removed the case to federal court before I could find out who those pharmacy workers were/are, and Safeway still has not told us.

_Denise Gillen_
Denise Gillen

SUBSCRIBED AND SWORN TO before me this 23 day of December, 2005.

_Elizabeth Smith_
Notary Public in and for Alaska
My commission expires: 12/23/05

Official Seal
STATE OF ALASKA
Notary Public
Elizabeth N. Smith
Commission Expires 11/10/2007

Law Offices of Kenneth J. Goldman, P.C.
550 S. Alaska Street Ste 4-5
Palmer, AK 99645
Phone: (907) 746-2346   Fax: (907) 746-2340

Affidavit of Denise Gillen    Page 3    12/23/2005
Gillen v. Safeway, #A05-0234CV (RRB)

ATTACHMENT/EXHIBIT 1
PAGE 3 OF 3

**Certificate of Service**

I certify that on the _____ day of
December, 2005, a true and correct
copy of the foregoing was mailed to:

Cynthia Ducey
Delaney, Wiles, Hayes, Gerety, Ellis & Young Inc.
1007 W. 3rd Avenue #400
Anchorage, AK  99501

_____

Law Offices of Kenneth J. Goldman, P.C.
550 S. Alaska Street Ste 4-5
Palmer, AK 99645
Phone: (907) 746-2346   Fax: (907) 746-2340