

**CARRS QUALITY CENTERS**
**A SAFEWAY COMPANY**

6401 A Street • Anchorage, Alaska 99518

Thursday, December 16, 2004                           Invoice # CS 2530

Law Offices of Kenneth J. Goldman, P.C.
Attn: Ms. Barb Baumgartner
550 S. Alaska Street, Suite 4-5
Palmer, AK. 99645

Re: Confidential Pharmacy Records Request: Denise Gillen

Dear Ms. Barb Baumgartner,

Pursuant to your request for the pharmacy records of Denise Gillen, please find enclosed copies of computer records provided by the Carrs/Safeway Pharmacy located at 535 W. Evergreen, Palmer, AK,,, ,. The fee for researching each center's pharmacy database is $30.00 per person, per pharmacy. Accordingly, please remit a check in the amount of $0.00 made to Carrs Pharmacy and return it to me as soon as convenient.

If you have any questions regarding the enclosed records, please call me at 339-7792. Carrs Pharmacy Tax-ID number is 92-0135158.

I apologize for the delay.

Sincerely,

Stefanie Stewart
Pharmacy Administrator

Enclosures as stated above

Notice: The information contained in this message is intended only for the personal and confidential use of the recipient(s) named above. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are notified that you have received this document in error and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and confidentially destroy the original message. Thank you.

ATTACHMENT/EXHIBIT 2
PAGE 1 OF 3

MEDICAL EXPENSES  Run Date: 12/16/2004
_/_/_ to _/_/_

Patient: GILLEN, DENISE
HC04 BOX 74028
PALMER  AK 99645
DOB: 01/25/1958  Sex: F

CARRS #27-1014
PIONEER SQUARE #14
PALMER  AK 99645
(907)761-1460
NABP #: 0201448
DEA: BC2462604

| Date | Rx # | Rf | Drug | NDC | Qty | DS | Prescriber | Price | TP-1$ | TP-2$ | TP-3$ | Cust-$ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/19/04 | 6809660 | 0 | MACROBID 100MG | CAP 00149-0710-01 | 14 | 7 | LEMAGIE, SUSAN | $30.09 | | | | $30.09 |
| Primary Ins. PCS | | | | | | | | | | | | |
| 02/21/04 | 4143384 | 0 | DIAZEPAM 10MG | TAB 00228-2053-10 | 2 | 1 | HAMLETT, SHERYLE | $2.85 | | | | $2.85 |
| Primary Ins. PCS | | | | | | | | | | | | |
| 02/21/04 | 4143436 | 0 | HYDROCOD/APAP 5/500 TAB | 00406-0357-05 | 20 | 3 | HAMLETT, SHERYLE | $5.36 | | | | $5.36 |
| Primary Ins. PCS | | | | | | | | | | | | |
| 03/17/04 | 4144239 | 0 | APAP/CODEINE 300/30 TAB | 00093-0150-10 | 15 | 15 | ZERGER, CHRIS | $5.31 | | | | $5.31 |
| Primary Ins. PCS | | | | | | | | | | | | |
| 03/17/04 | 6814208 | 0 | POTASSIUM CL10MEQ ERCAP | 50177-3001-08 | 60 | 15 | ZERGER, CHRIS | $13.19 | $3.19 | | | $10.00 |
| Primary Ins. PCS | | | | | | | | | | | | |
| 03/17/04 | 6814209 | 0 | NATALCARB PLUS | TAB 50177-0225-04 | 13 | 13 | ZERGER, CHRIS | $4.30 | | | | $4.30 |
| Primary Ins. PCS | | | | | | | | | | | | |
| 04/15/04 | 6816333 | 0 | TERAZOL 7 0.4% | CRE 00062-5350-01 | 45 | 7 | TURGEON, ELIZABETH C | $42.11 | $2.11 | | | $40.00 |
| Primary Ins. PCS | | | | | | | | | | | | |
| 04/15/04 | 4144670 | 0 | AMBIEN 5MG | TAB 00024-5401-31 | 14 | 14 | TURGEON, ELIZABETH C | $32.90 | | | | $32.90 |
| Primary Ins. PCS | | | | | | | | | | | | |
| 04/27/04 | 4144670 | 1 | AMBIEN 5MG | TAB 00024-5401-31 | 14 | 14 | TURGEON, ELIZABETH C | $32.90 | | | | $32.90 |
| Primary Ins. PCS | | | | | | | | | | | | |
| 05/12/04 | 4145291 | 0 | HYDROC/APAP 7.5/750 TAB | 00406-0360-05 | 12 | 3 | WANG, JOSEPH Y | $4.20 | | | | $4.20 |
| Primary Ins. PCS | | | | | | | | | | | | |
| 05/12/04 | 4144670 | 2 | AMBIEN 5MG | TAB 00024-5401-31 | 2 | 14 | TURGEON, ELIZABETH C | $6.84 | | | | $6.84 |
| Primary Ins. PCS | | | | | | | | | | | | |
| 06/08/04 | 4145868 | 0 | HYDROC/APAP 7.5/750 TAB | 00406-0360-05 | 12 | 3 | WANG, JOSEPH DDS | $4.20 | | | | $4.20 |
| Primary Ins. PCS | | | | | | | | | | | | |
| 07/13/04 | 6827022 | 0 | ULTRACET | TAB 00045-0650-60 | 20 | 10 | TURGEON, ELIZABETH C | $21.21 | | | | $21.21 |
| Primary Ins. PCS | | | | | | | | | | | | |
| 08/02/04 | 4147041 | 0 | HYDROCOD/APAP 5/500 TAB | 00406-0357-05 | 20 | 3 | SARAGON, ORRONIMO | $5.36 | | | | $5.36 |
| Primary Ins. PCS | | | | | | | | | | | | |
| 08/23/04 | 6831285 | 0 | ULTRACET | TAB 00045-0650-60 | 20 | 10 | TURGEON, ELIZABETH C | $21.21 | | | | $21.21 |
| Primary Ins. PCS | | | | | | | | | | | | |
| 09/16/04 | 6834015 | 0 | ULTRACET | TAB 00045-0650-60 | 20 | 10 | TURGEON, ELIZABETH C | $21.21 | | | | $21.21 |
| Primary Ins. PCS | | | | | | | | | | | | |
| 09/20/04 | 6834230 | 0 | ULTRACET | TAB 00045-0650-60 | 20 | 10 | TURGEON, ELIZABETH C | $32.45 | | | | $32.45 |

Totals:  $295.73  $280.43

Attested To By: _____
Registered Pharmacist

ATTACHMENT/EXHIBIT  2
PAGE  2  OF  3

CARRS  1



# LAW OFFICES OF KENNETH J. GOLDMAN, P.C.

Attorneys:    Kenneth J. Goldman      Elizabeth N. Smith      Eric D. Conard

550 S. Alaska Street, Ste 4-5      Phone: 907-746-2346
Palmer, AK 99645      Fax:    907-746-2340

November 17, 2004

Carr's Pharmacy
ATTN: Stephanie Stewart
Records                    *Mailed via fax to 339-7731*

Re:    Denise Gillen

Dear Sir or Madam:

Following is a release signed by our client, Denise Gillen, authorizing you to release information to the Law Offices of Kenneth J. Goldman, P.C.

Please provide a summary of all prescriptions or "medical expenses" for the year 2004 and continuing for Denise Gillen, including the name of the medication, quantity, price, physician name, prescription number, insurance billed (including date and amount billed as to insurance), and last fill date.

I understand there may be a charge for these copies. This information is needed as soon as possible. Thank you.

Sincerely,

Barb Baumgartner
Office Manager

cc: Client

ATTACHMENT/EXHIBIT 2
PAGE 3 OF 3