

# LAW OFFICES OF KENNETH J. GOLDMAN, P.C.

| Attorneys: | Kenneth J. Goldman | Elizabeth N. Smith | Eric D. Conard |

550 S. Alaska Street, Ste 4-5
Palmer, AK 99645

Phone: 907-746-2346
Fax:   907-746-2340

December 16, 2004

Carr's Pharmacy
ATTN: Stephanie Stewart
      and Ron Miller
6401 A Street
Anchorage, Alaska 99518

### *VIA BOTH FAX AT 907/339-7731 AND MAIL*

Re:   Denise Gillen

Dear Ms. Stewart or Mr. Miller:

This is in follow-up to your fax and our telephone call minutes ago. This office is requesting ALL of Denise Gillen's pharmacy records in Year 2004. The one-page expense summary cannot possibly be all of her records, as events unfolded on errors in filling her prescriptions that surely would have created more records. Further, the one-page expense summary stops on September 20, 2004, right at the critical time when Ambien was accidentally filled for her instead of the correct prescription. The correct medication was subsequently filled and supplied later, after Carrs became aware of the mistake and Denise Gillen's accident and arrest for driving under the influence of the wrong prescription. There must be more records than this one sheet.

Please send ALL of the records right away. I prefer to handle this in a courteous manner of exchanging information. I am concerned because it appears that Carrs is not being responsive to my client's proper records request.

Sincerely,

*Elizabeth Smith*

Elizabeth Smith

Copy: Client

ATTACHMENT/EXHIBIT 3
PAGE  l  OF  l