## WASHINGTON STATE TOXICOLOGY LABORATORY    04-1794-01
### FORENSIC LABORATORY SERVICES BUREAU

| | WASHINGTON STATE PATROL | |
|---|---|---|
| Barry K. Logan, PhD, DABFT | 2203 AIRPORT WAY S., SUITE 360 | Ann Marie Gordon, MS |
| Washington State Toxicologist | SEATTLE WA 98134-2027 | Laboratory Manager |

PHONE (206) 262-6100  FAX (206) 262-6145

## DUI Toxicology Report

**ST  047251**

agency case #:  04-74493

attn:

date received  10-26-2004
date completed  11-5-2004

agency:  State of Alaska Crime Lab
Attn:  Jill Booth
5500 E Tudor Rd
Anchorage AK  99507-1221

| | Last name | First name | Middle initial |
|---|---|---|---|
| | Gillen | Denise | F |

| sample | blood | urine | |
|---|---|---|---|
| container | y/n | b/l | |
| labeled | y | y | |

**BLOOD ETHANOL**    neg

**BLOOD ANALYSES**

| | | |
|---|---|---|
| THC | 8 | ng/mL |
| carboxy-THC | 151 | ng/mL |

**URINE TEST RESULTS**

| | |
|---|---|
| cannabinoids – EMIT | pos |

The above document is a true and complete copy of the official report. The report is not coded and cannot be certified to be accurate without the presence of a toxicologist. For a copy which can be certified without the toxicologist, please contact the Toxicology Laboratory at the above named above to obtain the necessary certification.

**COMMENTS**

Note: samples will be retained for nine months then destroyed.  "nd" indicates drug not detected.  "pos" indicates positive.

Ed Formoso    **Analyst**
BS Chemistry 1972, Blood Analyst  Permit since 1972

Ann Marie Gordon M.S.
Laboratory Manager

3000-210-011 R 3/03

ATTACHMENT/EXHIBIT  4
PAGE  1  OF  2

# STATE OF ALASKA - INTEROFFICE MEMO

**TO:** Evidence Custodian
AST

**DATE:** February 18, 2005

**CASE NO.** 04-74493

COPY

**PHONE:** 745-5027

**RE:** Independent Testing
of Blood

**FROM:** Eve Long
Law Office Assistant
Palmer District Attorney's Office

*Eve, The blood & Urine were sent to the crime Lab who in turn sent them to Washington tox Labs, they destroy them after*

Please forward the blood sample for independent analysis to the address below: *they are done testing them. We no longer have them.*

Providence Alaska Medical Center
PO Box 196604
Anchorage, AK 99519
ATTN: Eileen Nickoloff
Clinical Chemist

*Julie
Evidence*

**Defendant:** Denise F. Gillen
DOB: 01/25/1958
SS# 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
**Court No:** 3PA-S04-2814 CR
AST M. Lewis

*The backup blood that was kept here was destroyed per Trp Lewis on 1-21-05.*

This is at the request of Kenneth J. Goldman. Please read the letter from Mr. Goldman, it asks for certain things to be done to the Blood Sample when it is sent.

I was informed by Eileen Nickoloff that they do not return the blood samples to you, only the result, so you must keep a blood sample at your office and send only one sample to Providence.

Thanks.

ATTACHMENT/EXHIBIT  4
PAGE  2  OF  2