IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT PALMER

| | |
|---|---|
| DENISE FAYE GILLEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| SAFEWAY, INC., ) | Case No. 3PA-05-1354CI |
| ) | |
| Defendant. ) | |

Received in the Trial Courts
State of Alaska Third District
at Palmer

SEP 2 2 2005

Clerk of the Trial Courts
By _____ Deputy

**RULE 4(f) PROOF OF SERVICE**

STATE OF ALASKA      )
                     ) ss.
THIRD JUDICIAL DISTRICT )

I, Elizabeth N. Smith, being duly sworn, state as follows:

1. This affidavit is filed in compliance with the requirements of Alaska Rule of Civil Procedure 4(f).

2. On September 16, 2005, the registered agent for Safeway Inc. was served with a copy of the summons, complaint with exhibits 1 and 2, Case description, Notice of Change of Judge and Plaintiff's First set of Interrogatories and Requests for Production, by personal service by Jack Dayton of Capital City Civil Process at 801 W. 10th Street Ste 300 in Juneau, Alaska. A notarized copy of the Return of Service is attached hereto.

3. All defendants in this action have now been served with the summons and complaint.

_____
Elizabeth Smith

SUBSCRIBED AND SWORN to before me this 22 day of September, 2005.

_____
Barbara Baumgartner
Notary Public in and for the State of Alaska
Commission expires: _____

Official Seal
STATE OF ALASKA
Notary Public
Barbara Baumgartner

I certify a true and correct copy of the foregoing with attachment was mailed to USCorp. Co., on 9-22, 2005.
By: B. Baumgartner

Law Offices of
Kenneth J. Goldman, P.C.
550 S. Alaska Street Ste 4-5
Palmer, AK 99645
Phone: (907) 746-2346   Fax: (907) 746-2340

#1.C

ATTACHMENT/EXHIBIT 6
PAGE 1 OF 2

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT AT PALMER

DENISE GILLEN,
PLAINTIFF (S),

VS:

SAFEWAY INC,
DEFENDANT (S),

Case No: 3PA05-1645CI
**RETURN OF SERVICE**

I hereby certify that on 15 August 2005, at Juneau, Alaska I received the following documents:

**SUMMONS, COMPLAINT (with Exhibits 1 & 2, CASE DESCRIPTION, NOTICE OF CHANGE OF JUDGE, PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION**

**FOR: US CORPORATION COMPANY REGISTERED AGENT FOR SAFEWAY INC**

I hereby certify and return that I served the above documents by handing them to and leaving a true and correct copy with:

**Kathy Jones**, Office Manager, accepting service for, **U.S. Corporation Company**, registered agent for, Safeway Inc, personally at, **801 W. 10th Street, Suite 300**, in Juneau, Alaska in the First Judicial District, on the 16th day of September 2005, at 11:35 a.m.

Jack Dayton
Civilian Process Server

**Return Date: 9/16/05**

Service Fee:  35.00
Mileage:      10.00

**Total:       45.00**

Subscribed and sworn to before me this 16th day of September 2005.

Notary Public in and for the State of Alaska
My Commission Expires on March 20, 2007

STATE OF ALASKA
OFFICIAL SEAL
Cynthia A. Dayton
NOTARY PUBLIC
My Commission Expires 3/20/07

EXHIBIT 6
2 OF 2