

# LAW OFFICES OF KENNETH J. GOLDMAN, P.C.

| Attorneys: | Kenneth J. Goldman | Elizabeth N. Smith |

550 S. Alaska Street, Ste 4-5
Palmer, AK 99645

Phone: 907-746-2346
Fax:   907-746-2340

September 27, 2005

Carr's Pharmacy
ATTN: Stephanie Stewart
Records

*Mailed via fax to 339-7731*

Re: Denise Gillen

Dear Sir or Madam:

Following is a release signed by our client, Denise Gillen (formerly known as Denise Hellman), authorizing you to release information to the Law Offices of Kenneth J. Goldman, P.C.

Please provide complete pharmacy/prescription records under the name of <u>Denise Hellman</u> pursuant to the attached authorization for the release of information.

This information is needed as soon as possible. Thank you.

Sincerely,

Barb Baumgartner
Office Manager

cc: Client

ATTACHMENT/EXHIBIT  7
PAGE  1  OF  1