DELANEY, WILES, HAYES, GERETY, ELLIS & YOUNG, INC.

ATTORNEYS AT LAW
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA 99501-1936
TELEPHONE (907) 279-3581
FAX (907) 277-1331
WWW.DELANEYWILES.COM

CLAY A. YOUNG
JAMES B. FRIDERICI
ANDREW GUIDI
HOWARD A. LAZAR
DONALD C. THOMAS
TIMOTHY J. LAMB
CYNTHIA L. DUCEY
DONNA M. MEYERS
KEVIN L. DONLEY

ERIC A. RINGSMUTH
JONATHAN CLEMENT

OF COUNSEL
DANIEL A. GERETY
STEPHEN M. ELLIS
WILLIAM E. MOSELEY
GREGORY L. YOUNGMUN

September 29, 2005

VIA FAX – 1-907-746-2340

Elizabeth N. Smith
The Law Office of Kenneth J. Goldman, P.C.
550 S Alaska Street, Suite 4-5
Palmer, AK 99645

RE: Gillen v. Safeway, Inc.
    Case No. 3PA-05-1645 Civil

Dear Ms. Smith:

    I represent Safeway in defense of this lawsuit. Please direct all further correspondence to me and do not communicate further with my client. If you have any questions do not hesitate to contact me.

Sincerely,

Delaney, Wiles, Hayes,
Gerety, Ellis & Young, Inc.

Cynthia L. Ducey

CLD:jmb/108739
cc: Arthur Levine