

**CARRS**
QUALITY CENTERS
Ⓢ A SAFEWAY COMPANY

6401 A Street • Anchorage, Alaska 99518

Tuesday, October 18, 2005                **Invoice # CS   2939**

```
RECEIVED
  OCT 2 8 2005
BY:_____
```

Law Offices of Kenneth J. Goldman, P.C.
Attn:Ms. Barb Baumgartner
550 S. Alaska Street, Suite 4-5
Palmer, AK.  99645

Re:  Confidential Pharmacy Records Request:  Denise Gillen

Dear Ms. Barb Baumgartner,

Pursuant to your request for the pharmacy records of Denise Gillen, please find enclosed copies of computer records provided by the Carrs/Safeway Pharmacy located at 535 W. Evergreen, Palmer, AK. The fee for researching each center's pharmacy database is $30.00 per person, per pharmacy.  Accordingly, please remit a check in the amount of $30.00 made to Carrs Pharmacy and return it to me as soon as convenient.

If you have any questions regarding the enclosed records, please call me at 339-7792. Carrs Pharmacy Tax-ID number is 92-0135158.

I apologize for the delay.

Sincerely,

Stefanie Stewart
Pharmacy Administrator

Enclosures as stated above

Notice:  The information contained in this message is intended only for the personal and confidential use of the recipient(s) named above.  If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are notified that you have received this document in error and that any review, dissemination, distribution or copying of this message is strictly prohibited.  If you have received this communication in error, please notify us immediately by telephone, and confidentially destroy the original message.  Thank you.

ATTACHMENT/EXHIBIT____9____
PAGE____/____OF____2____

```
                    M E D I C A L   E X P E N S E S
       HELMDE1
Patient: GILIAN, DENISE              Pharmacy: CARRS #27-1814
RespPty:                                       PIONEER SQUARE #14
       HC04 BOX 7401B                          PALMER          AK 99645
                                               RPh: BAD CODE
       PALMER        ,AK 99645                 NCPDP#: 0201448
 Birth: 01/25/1958

Prescriptions:                        Date: 01/01/1997 TO 10/10/2005
```

| LastFill | Rx # | Drug Name | Qty | Physician Name | T/P | Price | RPh |
|----------|------|-----------|-----|----------------|-----|-------|-----|
| 02/16/99 | 6547110 | ALBUTEROL INHALER | 1 | Dr.LENTZ | PAI | 2.12 | RAS |
| 02/16/99 | 6547111 | BIAXIN 500MG | 20 | Dr.LENTZ | PAI | 12.26 | RAS |
| 02/16/99 | 6547112 | NASACORT AQ | 1 | Dr.LENTZ | PAI | 7.51 | RAS |
| 02/16/99 | 6547136 | PROMETHAZINE 25MG | 30 | Dr.LENTZ | PAI | 0.84 | RAS |
| 02/16/99 | 4547158 | VICODIN TUSS | 180 | Dr.LENTZ | PAI | 3.27 | RAS |
| 04/09/99 | 6555380 | METROCREAM 0.75% | 45 | Dr.LENTZ | PAI | 7.76 | RAS |
| 04/09/99 | 6555381 | E-MYCIN 250MG EC | 40 | Dr.LENTZ | PAI | 1.94 | RAS |
| 02/21/04 | 4143384 | DIAZEPAM 10MG | 2 | Dr.HAMLETT | PCS | 2.85 | JM2 |
| 02/19/04 | 6809668 | MACROBID 100MG | 14 | Dr.LEMAGIE | PCS | 30.09 | JLM |
| 02/23/04 | 4143436 | HYDROCOD/APAP 5/500 | 20 | Dr.HAMLETT | PCS | 5.36 | TH2 |
| 03/27/04 | 4144239 | APAP/CODEINE 300/30 | 15 | Dr.ZERGER | PCS | 5.31 | TMH |
| 03/27/04 | 6814208 | POTASSIUM CL10MEQ E | 60 | Dr.ZERGER | PCS | 10.00 | TMH |
| 03/27/04 | 6814209 | NATALCARE PLUS | 13 | Dr.ZERGER | PCS | 4.30 | SYM |
| 04/15/04 | 6816333 | TERAZOL 7 0.4% | 45 | Dr.TURGEON | PCS | 40.00 | ALW |
| 04/15/04 | 4144670 | AMBIEN 5MG | 14 | Dr.TURGEON | PCS | 32.90 | ALW |
| 04/27/04 | 4144670 | AMBIEN 5MG | 14 | Dr.TURGEON | PCS | 32.90 | ALW |
| 05/12/04 | 4145291 | HYDROC/APAP 7.5/750 | 12 | Dr.WANG | PCS | 4.20 | AW6 |
| 05/12/04 | 4144670 | AMBIEN 5MG | 2 | Dr.TURGEON | PCS | 6.84 | AW6 |
| 06/08/04 | 4145888 | HYDROC/APAP 7.5/750 | 12 | Dr.WANG | PCS | 4.20 | AW6 |
| 07/13/04 | 6827022 | ULTRACET | 20 | Dr.TURGEON | PCS | 21.21 | ALW |
| 08/02/04 | 4147041 | HYDROCOD/APAP 5/500 | 20 | Dr.SAHAGUN | PCS | 5.36 | AW6 |
| 08/23/04 | 6831285 | ULTRACET | 20 | Dr.TURGEON | PCS | 21.21 | TH6 |
| 09/16/04 | 6834015 | ULTRACET | 20 | Dr.TURGEON | | 21.21 - | TH6 |
| 09/20/04 | 6834230 | ULTRACET | 20 | Dr.TURGEON | | 32.49 - | H10 |

```
Report Date: 10/10/2005                              $316.13
```

ATTACHMENT/EXHIBIT 9
PAGE 2 OF 2