

## LAW OFFICES OF KENNETH J. GOLDMAN, P.C.

Attorneys:   Kenneth J. Goldman   Elizabeth N. Smith

550 S. Alaska Street, Ste 4-5  
Palmer, AK 99645

Phone: 907-746-2346  
Fax:   907-746-2340

November 3, 2005

Cynthia Ducey  
Delaney, Wiles Hayes, Gerety, Ellis  
& Young, Inc.  
1001 West 3rd Avenue Ste 400  
Anchorage, AK 99501-1936

RE: *Gillen v. Safeway*

Dear Ms. Ducey:

This letter covers two quick topics.

First, I had a set of ten initial interrogatories served upon Safeway along with the summons and complaint pursuant to the state court action. The answer time on those interrogatories would have expired at about time of removal. Please let me know whether you have received the initial set, as I will quickly provide it to you otherwise.

Second, I await your list of test panels you want run on the blood samples recently located by the Washington lab. As discussed over the phone, time is of the essence in this regard, as Ambien is thought to dissipate from samples over time. I want to test for Ambien immediately at my office's expense. I am willing to stipulate to testing, at your office's expense, of anything and everything you may designate to me to submit along with my panel for Ambien, but I need to know right away what you want in this regard.

Third, my client made several HIPPA records requests to Safeway that remained unanswered before your representation. Due to her frustration over receiving little or nothing, there was some language on this in the Complaint. Can you chase those records down, such that my client may receive her own pharmacy records in full?

Sincerely,

*Elizabeth Smith*

Elizabeth Smith

Copy: Client

ATTACHMENT/EXHIBIT 10  
PAGE 1 OF 1