

| | |
|---|---|
| **LAW OFFICES OF KENNETH J. GOLDMAN, P.C.** | |
| Attorneys: Kenneth J. Goldman   Elizabeth N. Smith | |

| FAX TRANSMITTAL | 550 S. Alaska Street Ste 4-5<br>Palmer, AK  99645 | Phone: 907-746-2346<br>Fax:     907-746-2340 |
|---|---|---|

**To:**   Jeri
          Cynthia Ducey, Attorney
**Fax #:** 277-1331

**From:** Barb Baumgartner
          Office Manager

**Sent:** Tuesday, November 08, 2005 at _____ am/pm

**Pages:** _____ pages including cover page

**RE:** *Gillen v. Safeway*
       Matter No.

**Message:**

I spoke with Elizabeth Smith regarding the deadline for Safeway's responses to our First Set of Interrogatories and Requests for Production. Extending the deadline to December 15, 2005 is acceptable.

This is also with the understanding that we will receive next week your designation as to which lab panels you want run on the blood samples being released by the District Attorney's Office.

Thanks.

ATTACHMENT/EXHIBIT  11
                 1  OF  2

Notice: **The information contained in the Fax is CONFIDENTIAL AND/OR PRIVILEGED.** This fax is intended to be reviewed only by the above named recipient. If you have received this fax by mistake, you should not read, copy, discuss or share it with any other person. If you have received this fax in error, or have any questions as to whether you are the intended recipient, please call us immediately at (907) 746-2346.



# LAW OFFICES OF KENNETH J. GOLDMAN, P.C.

| Attorneys: | Kenneth J. Goldman | Elizabeth N. Smith |

550 S. Alaska Street  
Suite 4-5  
Palmer, AK 99645

Phone: 907-746-2346  
Fax: 907-746-2340

## FAX TRANSMITTAL:

**TO:** Cynthia Ducey

**FAX #:** 277-1331

## FROM:

**Barb Baumgartner**  
**Office Manager**

**REFERENCE:** Case Number: A05-0234 CV (RRB)

Case Name: Gillen v. Safeway

**Message:**

Following are the Plaintiff's First Set of Interrogatories and Requests for Production. These were served on Safeway's registered agent on September 16, 2005.

Attorney Smith has agreed to a 30-day extension (from today) for the Defendant's responses. Please provide the Defendant's responses no later than December 7, 2005.

ATTACHMENT/EXHIBIT 11  
PAGE 2 OF 2

**The information contained in this fax is CONFIDENTIAL AND/OR PRIVILEGED.** This fax (and any attachments following this fax cover page) is intended to be reviewed only by the above named recipient. If you have received this fax by mistake, you should not read, copy, discuss or share it with any other person. If you have received this fax in error, or have any questions as to whether you are the intended recipient, please call us immediately at (907) 746-2346.