IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

DENISE FAYE GILLEN,        )
                           )
    Plaintiff,             )
                           )
v.                         )
                           )
SAFEWAY, INC.,             )
                           )
    Defendant.             )
_____)   Case No. A05-0234CV (RRB)

### PLAINTIFF DENISE GILLEN'S COMBINED INITIAL DISCLOSURES AND PRELIMINARY WITNESS LIST

Plaintiff Denise Gillen, by and through the Law Offices of Kenneth J. Goldman, PC, hereby sets forth her combined pre-discovery or initial disclosures and preliminary witness list, per F.R.Civ.P. 26 and the Scheduling & Planning Order, dated November 12, 2005, as following:

**A. Individuals Likely to Have Discoverable Information:**

1. Denise Gillen, Party-Opponent, Attorney-Client Privilege Applies;

2. Mel Gillen, Spouse of Party, Husband-Wife Privilege May Apply;

3. Jeffrey Pendergrass, PO Box 1573, Palmer, Alaska 99645, Telephone Number: 907/376-8993, Son-In-Law, Information: Denise Gillen stopped into Pendergrass Workplace to Pick-up Grandchildren's Car Seats; Son-In-Law Came to Accident Scene;

4. Amber Pendergrass, Daughter, PO Box 1573, Palmer, Alaska 99645, Telephone Number: 907/376-8993, Information: Conversations with Denise Gillen on Day of Incident and Emotional Distress After Incident;

5. Unknown Persons at Safeway Pharmacy and Safeway Stores, Yet To Be Identified in Discovery, Subject of Information: Pharmacy Error and Concerns of Denise Gillen (Notes: A manager, "Susan," and a pharmacy technician, "Theresa" or "Tricia," may have special information regarding Denise Gillen.);

6. Stephanie Stewart and Ron Miller, Carrs Pharmacy, 907/339-7790, Information: Records Made Available Per Various Records Requests;

7. Bob Reupke and Arthur Levine, Professional Adjusters, 907/562-3333 and/or 425/462-8545, Information: Adjusters for Safeway/Carr's;

8. Alaska State Troopers, Reporting Officer Mitchell Lewis, Evidence Custodian, Lisa Buch (Laboratory), and Others Yet To Be Identified in Discovery, SOA Department of Public Safety;

9. Wasilla Police Department, Yet To Be Identified in Discovery, Information: Driving, Accident, Custody, and Testing of Denise Gillen on Date of Incident;

10. Valley Hospital Staff and Laboratory Personnel, Information: Custody and Testing of Denise Gillen on Date of Incident;

11. Frontiersman Newspaper, Information: Publication of Article Regarding Arrest and Criminal Prosecution of Denise Gillen;

12. Top of the World Auto Body, PO Box 875674, Wasilla, AK 99687, Telephone: 907/746-1122, Information: Damage to Gillen Vehicle;

Law Offices of Kenneth J. Goldman, P.C.
550 S. Alaska Street Ste 4-5
Palmer, AK 99645
Phone: (907) 746-2346  Fax: (907) 746-2340

13. Elizabeth Turgeon, MD, and/or Jennifer (front desk staff) at Capstone Family Medicine & Eye Clinic, 3223 E. Palmer Wasilla Hwy. #2, Wasilla, Alaska 99654, 907/357-9590, Information: Medical Treatment of Denise Gillen and Admitted Pharmacy Error;

14. Palmer Correctional Center Staff, Palmer, Alaska, Information: Custody and Confinement of Denise Gillen Following Incident;

15. Unidentified Persons in Collided Vehicle that Left Scene of Accident;

16. Laboratory Testing Personnel at the State of Washington Toxicology Laboratories, 2203 Airport Way S., Ste 360, 2203 Airport Way S. Ste 360, Seattle, WA 98134-2027, and/or any other laboratories, state/public or private, testing samples taken from Denise Gillen;

17. Glenn Gellert, 113 W. Fireweed #202, Anchorage, Alaska 99503, 907/277-2663, Information: Eyewitness to Denise Gillen's Impaired Driving and Accident;

18. State of Alaska, Palmer District Attorney's Office, 11921 Palmer-Wasilla Hwy., Ste. 100, Palmer, AK 99645, Information: Prosecution and Sampling of Denise Gillen;

19. Principal Life Insurance, Group L & H Compliance, 711 High Street, K-005-E70, Des Moines, IA 50392-0302, Information: Group Employee Health Insurer for Gillen Family; and

20. Lisa Malvik, Palmer One Hour Photo, 301 W. Elmwood Ave., Wasilla, Alaska, 907/745-0211, Information: Photographer of Erroneous Medication.

Law Offices of Kenneth J. Goldman, P.C.
550 S. Alaska Street Ste 4-5
Palmer, AK 99645
Phone: (907) 746-2346  Fax: (907) 746-2340

Denise Gillen's Initial Disclosures and Preliminary Witness List                                       - 3 -
*Gillen v. Safeway, # Case No. A05-0234CV (RRB)*

ATTACHMENT/EXHIBIT 12
PAGE 3 OF 5

### B. Documents, Data Compilations, and Tangible Things:

1. Various Pleadings, *Gillen v. Safeway, State of Alaska*, Third Judicial District at Palmer, Case No. 3PA-05-1354CI (such public pleadings already in the possession of DELANEY, WILES, adverse counsel, prior to federal removal);

2. Medical Expenses, Carrs #27-1814 Pioneer Square, Exhibit 1 hereto;

3. Carrs Pharmacy, Official Receipt, Ultracet RX: 6834230, Exhibit 2 hereto;

4. Northern Orthopedics, Inc., PHCS Insurance ID Card (Principal Financial Group), Exhibit 3 hereto;

5. Insurance Identification Card, National Union Fire Ins. Co., AIG Auto Insurance, Exhibit 4 hereto;

6. Letters, 12/16/04, 2/22/05, 4/12/05, 5/27/05, 6/22/05, and 9/27/05 to/from Carrs (and/or adjusters for Carrs) *vis-a-vie* Law Offices of Kenneth J. Goldman, Exhibit 5 hereto (including photographs of medication dispensed);

7. Confidential Attorney-Client and/or Privileged Work Product Materials Located in Files of the Law Offices of Kenneth J. Goldman Pursuant to Representation of Denise Gillen in SOA v. Gillen, AST Case No. 04-74493;

8. Letters, 9/14/05, 10/11/05, The Law Offices of Kenneth J. Goldman to/from Washington State Toxicology Lab, Exhibit 6 hereto;

9. Principal Life Insurance Records (from Denise Gillen's health insurer); Exhibit 7 hereto;

10. Public Records, *MOA v. Helmann*, 3AN-96-03521CR, State of Alaska, Third Judicial District at Anchorage, "CRT 1-10," Exhibit 8 hereto;

Denise Gillen's Initial Disclosures and Preliminary Witness List      - 4 -
*Gillen v. Safeway, # Case No. A05-0234CV (RRB)*


DOCUMENT/EXHIBIT 12
4 OF 5

11. State of Alaska Dept. of Public Safety Report, 43 pp., Plus Frontiersman Article, 9/28/04, 1 p., Total of 44 Pages "AST/DA 1-44," Exhibit 9 hereto;

12. Records, Capstone Family Medicine & Eye Clinic, 9/20/04 and 11/20/04, "MED 1-2," Exhibit 10 hereto; and

13. Estimate and Photographs, Top of the World Auto Body, "AUT 1-3," Exhibit 11 hereto.

### C. Computation of Any Category of Damages:

Denise Gillen is claiming property loss, loss of liberty, reputational loss, and emotional distress resulting from the negligence and/or breach of contract of Defendant Safeway and/or its yet-to-be identified licensed or unlicensed pharmacy agents or technicians.

### D. Disclosure of Expert Testimony:

Plaintiff Denise Gillen will supplement this disclosure upon special retention of an expert witness for trial testimony. Meanwhile, it was specifically agreed between counsel that any stipulated testing laboratory, or its personnel, while perhaps becoming fact witnesses for the purpose of released blood samples would not be hired for specially retained expert testimony on either side. Plaintiff will supplement this portion of the initial disclosures at intervals as more information becomes known.

Dated this 28th day of November, 2005 in Palmer, Alaska.

Elizabeth N. Smith
Attorney for Plaintiff Denise Gillen
Alaska Bar No. 9402003

I certify a copy of the foregoing was w/Exhibits
Mailed Hand Delivered
to Cindy Ducey
on 11-28-05            BAS

Denise Gillen's Initial Disclosures and Preliminary Witness List                - 5 -
*Gillen v. Safeway*, # Case No. A05-0234CV (RRB)

ATTACHMENT/EXHIBIT 12
PAGE 5 OF 5

Law Offices of Kenneth J. Goldman, P.C.
550 S. Alaska Street Ste 4-5
Palmer, AK 99645
Phone: (907) 746-2346  Fax: (907) 746-2340