IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DENISE FAYE GILLEN, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>SAFEWAY, INC., )<br>)<br>Defendant. )<br>_____) | RECEIVED<br>NOV 2 9 2005<br>BY:_____ |

Case No. A05- 234 CV (RRB)

### DEFENDANT'S INITIAL DISCLOSURES

Defendant, Safeway, Inc., by and through its attorneys, Delaney, Wiles, Hayes, Gerety, Ellis & Young, submits its initial disclosures as required by Fed. R. Civ. P. 26(a)(1):

    **A.**    **Individuals Likely to Have Discoverable Information Relevant to Disputed Facts.**

        1.    Denise Faye Gillen
                Elizabeth N. Smith
                The Law Office of Kenneth J. Goldman, P.C.
                550 S Alaska Street, Suite 4-5
                Palmer, AK 99645
                (907) 746-2346

                Plaintiff. Attorney-Client privilege applies.

        2.    Mel Gillen
                HC 04, Box 7401B
                Palmer, Alaska 99645
                (907) 746-6052

                Plaintiff's husband. Knowledge of plaintiff's claims and damages.

        3.    Teresa Heilig
                Safeway, Inc.
                c/o Delaney, Wiles, Hayes, Gerety Ellis & Young, Inc.
                1007 W. 3rd Ave., Suite 400
                Anchorage, AK 99501
                (907) 279-3581

DELANEY, WILES,
HAYES, GERETY,
ELLIS & YOUNG, INC.
ITE 400
100   3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

ATTACHMENT/EXHIBIT 13
PAGE 1 OF 9

Defendant. Attorney-Client privilege applies. Pharmacist at Carrs/Safeway store where plaintiff's prescription was filled. Completed accident report and took photographs of entryway.

4. Lee Worthy, R. Ph.
Safeway, Inc.
c/o Delaney, Wiles, Hayes, Gerety Ellis & Young, Inc.
1007 W. 3rd Ave., Suite 400
Anchorage, AK 99501
(907) 279-3581

Defendant. Attorney-Client privilege applies. Director of Pharmacy Operations.

5. Bob Reupke
Professional Adjusters of Alaska, Inc.
912 E. 15th Ave., Suite 200
Anchorage, AK 99501
(907) 562-3333

Attempted to conduct initial investigation at Safeway's request.

6. Trooper Mitchell Lewis
Alaska State Troopers
Palmer Post
453 S. Valley Way
Palmer, AK 99645
(907) 745-2131

Arresting officer following plaintiff's auto accident.

7. Ed Formoso
Washington State Toxicology Lab
2203 Airport Way S., Suite 380
Seattle, WA 98134
(206) 262-6100

Conducted forensic tests on blood and urine samples provided by plaintiff at time of arrest.

**B. Discoverable Documents**

1. See adjuster's file, documents numbered Safeway 10001-10138 and privilege log below.

DELANEY, WILES,
HAYES, GERETY,
ELLIS & YOUNG, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

## Privilege Log

| Doc. No. | Doc. Date | Author | Recipient | Subject | Privilege |
|---|---|---|---|---|---|
| 10001 | 9/21/05 | Art Levine, Safeway | Cynthia Ducey | Correspondence from Safeway to Ms. Ducey | Attorney-Client Withheld |
| 10004-10005 | Various | | | Adjuster diary | Redacted Irrelevant |
| 10044 | 7/7/05 | Art Levine | Art Levine | To-do list | Redacted Irrelevant |
| 10059 | 7/15/05 | Safeway Claims | | Claim Summary | Withheld Irrelevant |
| 10064 | 7/7/05 | Art Levine | Art Levine | To-do list | Redacted Irrelevant |
| 10072-10074 | 3/11/05 | Professional Adjusters | Safeway | Invoice | Withheld Irrelevant |

**C.  Damages**

Not applicable.

**D.  Insurance Agreements**

None.

DATED at Anchorage, Alaska this __28__ day of November, 2005.

DELANEY, WILES, HAYES,
GERETY, ELLIS & YOUNG, INC.
Attorneys for Defendant
SAFEWAY, INC.

_Cynthia Ducey_
Cynthia L. Ducey, Alaska Bar #8310161

DELANEY, WILES, HAYES, GERETY, ELLIS & YOUNG, INC.
SUITE 400
37 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

**Certificate of Service**

On this 28th day of November, 2005, I caused to be mailed by the U.S. Postal Service a copy of this document upon:

Elizabeth N. Smith
The Law Office of Kenneth J. Goldman, P.C.
550 S Alaska Street, Suite 4-5
Palmer, AK 99645

110860

ELANEY, WILES,
AYES, GERETY,
IS & YOUNG, INC.
SUITE 400
17 WEST 3RD AVENUE
CHORAGE, ALASKA
(907) 279-3581

| | | |
|---|---|---|
| Claim Number: | 2710415554 | **Notepad List** |
| Loss Date: | 09/20/2004 | |
| Claimant Name: | Gillen, Denise | |
| Location: | Safeway Inc. \ Division: 27 \ District: 121 \ Facility: 1814 | |

Page 1
09/21/2005
03:00PM

**Add Date/Add By**  **Add Dates: 01/01/1900 - 12/31/2025**
**Note Type**  **Note**

**09/24/2004** SAFEW/**from STeph**
Supervisor
----- Created 09/24/2004 by SAFEWAY01\SDodi00 -----
It was run thru com[puter, was scanned, & the next day when Theresa came in she inadvertently filled it w/ambien instead of what was scanned which was ultracet. Patient knew they were a different colour but didn't notice that until after the auto accident. She rear ended another in auto x. She has been on this medication for quite sometime. Ultracet is non controlled drug, ambien is controled drug and does cause drowsiness. Step will send pkg inserts & drug history. dob 1/25/58. She is married Mel Gillen. home address hco4 box 7401B, Palmer AK 99645 phone 907 746 6052. Ultracet is a normal drug (acetpmethine & tramadol). We obviously need to check her past driving record.

**10/01/2004** SAFEW/**10/01 conference call**
Remarks
----- Created 10/01/2004 by SAFEWAY01\ALevi00 -----
sandra and Stefanie
Agreed for Ron to testify at DUI hearing so that her DUI can be dropped, the customer had a breath test at scene and passed,she passed blood test she was charged because of Sobriety test
at the scene. Ron to convey he will testify, pay her legal costs and we will work on the damages to her car and the other car.
Sandra suggested compiling a list of costs

**11/22/2004** SAFEW/**11/22 left message for**
Remarks
----- Created 11/22/2004 by SAFEWAY01\ALevi00 -----
stef to call,requested update

**11/23/2004** SAFEW/**11/23 spoke to ron**
Remarks
----- Created 11/23/2004 by SAFEWAY01\ALevi00 -----
The DA refuses to speak with him,Ron was trying to get the DA to drop the case.
The atty representing the customer for the DUI requested yesterday all of the customers pharmacy records.
No sub demand from auto insurer.
On a holding pattern till DA,customer atty and insurer pursue costs and sub.
90 days approaching

**11/24/2004** SAFEW/**11/23 file review**
Reserve
----- Created 11/24/2004 by SAFEWAY01\ALevi00 -----
Because DA will not drop the case we will reserve now.
I will let Terrie Clark know we have reserved

**11/24/2004** SAFEW/**11/24 spoke to Terrie**
Remarks
----- Created 11/24/2004 by SAFEWAY01\ALevi00 -----
I let her know I was reserving today a pharmacy case

**12/17/2004** SAFEW/**discuss w/Ron**
Supervisor
----- Created 12/17/2004 by SAFEWAY01\SDodi00 -----
Atty for pltf called & wants all records, Ron has sent RX records, I advised that the report was internal and we would not be able to produce it w/o a subpoena. He advised that clmt had been on both medications at some time or another, they are drastically different is size & colour, and we do not have info on how many she took.

Art, suggest you send Reupke or some body from Delaney wiles to meet her & take stmt. I wantt to know how m;any pills she took, if she noticied any difference, why she took before driving. Did effects act the same as when she took previously? If so, why would she take before driving? We need a face to face on this, before any $$ paid out.
Tx

**01/25/2005** SAFEW/**1/25 assigned to Bob Reupke**
Remarks
----- Created 01/25/2005 by SAFEWAY01\ALevi00 -----

January 25, 2005

Professional Adjusters of Alaska

TTACHMENT/EXHIBIT 13
PAGE 6 OF 9

**Safeway 10002**
Gillen v. Safeway

Pt Denise ██████ called Monday 9-20-04 in the morning and said her pills looked different. I asked her shape color & any markings & she said "smaller tabs than usual slightly diffrent color w/ 5421 / Ambio markings" These are Ambien tablets. I looked up info and called pt back letting her know that the pills she described are indeed different than what she has had in the past and what she was prescribed this time. It was a sleeping tablet. I apologized profusely and even before I did pt told me "she wasn't blaming us - she knows that these things sometimes happen" but she had to involve a lawyer because of the legal issues. Pt apparently had a car accident she rerended someone and was given a DWI ticket by police.

I apologized again & told pt I would contact her doctor and get Rx to replace Ultracet she should have recieved originally & let her Dr. know what happened.

When I spoke to MD (Dr. Eliz. Turgeon) and in___

Safeway 10060
Gillen v. Safeway
ATTACHMENT/EXHIBIT 13
PAGE 6 OF 9

her of incedent. She said "Well that was a pretty big mistake" I agreed and apologized to her as well & told her my main concern was making sure the pt was taken care of from this point. She said agreed & said she would send a new Ultracet Rx and she wanted to see pt in the office. At this point we both thought pt was taking 10mg Ambien Bid because of Directions on Ultracet bottle.

I called pt to let her know that we had an Rx for her Ultracet and at that time was told by pt that she had only taken one Ambien tablet total. She said she would call her MD. When she came in to pick up her Ultracet that afternoon we gave it to her @ no change ~~AND Refunded her the $21.21~~ she had originally paid as a copay for the error. She told me that she had spoken to her MD & decided she did not need to be seen by MD because only 1 tablet taken. Pt was very nice & kind thruout all these interactions       9-22-04

Safeway 10061
Gillen v. Safeway
ATTACHMENT/EXHIBIT 63
PAGE 7 OF 9

Teyee Heiliy



```
Subject: Re: 1821
   Date: Thu, 21 Jul 2005 09:02:36 -0800
   From: Ron Miller <ron.miller3@safeway.com>
Organization: Safeway Inc.
     To: Sandra Dodich <sandra.dodich@safeway.com>
```

```
Hi Sandra
AJ was filling in at North Pole, he is part time floater and is on vacation
to mid August.
Theresa at Palmer will be available on all of those days.
Ron
----- Original Message -----
From: "Sandra Dodich" <sandra.dodich@safeway.com>
To: "Ron Miller" <ron.miller3@safeway.com>
Sent: Wednesday, July 20, 2005 9:19 AM
Subject: Re: 1821


> Ron, also, by chance is 1814-Palmer, pharmacist Theresa Helig
> working on 8/1 last afternoon or evening (that would be best
> time for me) or evening of the August 2, 3, or 4?
>
> Also you will want to tell each of these folks I will be
> there, and they want to talk to me.
>
> Tx
> sandra
>
> Sandra Dodich wrote:
>
> > Ron, I'll be in Fairbanks next Tuesday/wednesday.  I would
> > like to talk w/AJ Lorenz on the case from 2/1/05--what is
> > AJ's schedule on 7/26 + 7/27?  Thanks,
> > Sandra
>
```

ATTACHMENT/EXHIBIT 13
PAGE 9 OF 9

**Safeway 10063**
Gillen v. Safeway

07/22/2005 10:01 AM