IN THE DISTRICT COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT PALMER

| | |
|---|---|
| STATE OF ALASKA            )<br>                            )<br>         Plaintiff,       )<br>                            )<br>    vs.                     )<br>                            )<br> DENISE GILLEN,             )<br>                            )<br>         Defendant.        )<br>_____) | Case No. 3PA-04-2814 CR |

**CONSENT TO RELEASE OF BLOOD SAMPLES
FOR FURTHER TESTING IN CIVIL LITIGATION**

The State of Alaska, submitting agency, hereby consents to the release of blood specimens on Denise Faye Gillen (DOB 1/25/58), presently physically held at the Washington State Patrol's Toxicology Laboratory, Washington Report Number ST047251, in the above dismissed and closed criminal matter. There is no ongoing criminal investigation or prosecution of the matter in the course of which the samples were taken from Denise Gillen. The date and location of the underlying incident for which the specimens were drawn are identified as on or about Friday, September 17, 2004 in the Third Judicial District in Palmer, Alaska (Matanuska-Susitna Valley or Palmer-Wasilla Areas of Alaska). Denise Gillen is the plaintiff in a separately pending civil litigation involving such specimens, specifically *Gillen v. Safeway, United States District Court for District of Alaska at Anchorage, Case No. A05-0234CV (RRB)*.

Such samples may be released directly from the Washington State Toxicology Laboratory for testing for Ambien and/or any other substance to or by any of the following private laboratories, as selected and paid by Denise Gillen and/or her counsel, the Law


ATTACHMENT/EXHIBIT 14
PAGE 1 OF 2

Offices of Kenneth J. Goldman, PC:

1. Dynacare Laboratories, Seattle, Washington;
2. Regional Toxicology Services (Sterling Reference Labs), Tacoma, Washington;
3. St. Joseph Hospital, Tacoma, Washington;
4. St. John Medical Center, Longview, Washington;
5. Stevens Memorial Hospital, Edmonds, Washington; and
6. National Medical Services, Willow Grove, Pennsylvania.

Questions about release of toxicology biological samples from the Washington State Patrol's Laboratory directly to any of the above private laboratories, at Denise Gillen's cost, may be addressed by phone to Washington laboratory personnel at 206/262-6100.

Dated this __3rd__ day of __November__, 2005, at Palmer, Alaska.

BY: _____
Assistant District Attorney
ABA # __041068__
Palmer District Attorney's Office

Dated this __27th__ day of __October__, 2005, at Palmer, Alaska.

BY: __Elizabeth Smith__
Elizabeth Smith
ABA #9402003
Law Offices of Kenneth J. Goldman
Attorneys for Denise Gillen

Law Offices of
Kenneth J. Goldman, P.C.
550 S. Alaska Street Ste 4-5
Palmer, AK 99645
Phone: (907) 746-2346    Fax: (907) 746-2340

ATTACHMENT/EXHIBIT __14__
__2__ OF __2__