## DELANEY, WILES, HAYES, GERETY, ELLIS & YOUNG, INC.

CLAY A. YOUNG
JAMES B. FRIDERICI
ANDREW GUIDI
HOWARD A. LAZAR
DONALD C. THOMAS
TIMOTHY J. LAMB
CYNTHIA L. DUCEY
DONNA M. MEYERS
KEVIN L. DONLEY

ATTORNEYS AT LAW
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA 99501-1936
TELEPHONE (907) 279-3581
FAX (907) 277-1331
WWW.DELANEYWILES.COM

ERIC A. RINGSMUTH
JONATHAN CLEMENT

OF COUNSEL
DANIEL A. GERETY
STEPHEN M. ELLIS
WILLIAM E. MOSELEY
GREGORY L. YOUNGMUN

December 12, 2005

VIA FAX



Elizabeth N. Smith
The Law Office of Kenneth J. Goldman, P.C.
550 S Alaska Street, Suite 4-5
Palmer, AK 99645

RE:  Gillen v. Safeway, Inc.
      Case No. 3PA-05-1645 Civil

Dear Elizabeth:



I received your letter dated December 12, 2005. I am sorry I was unable to return your call this morning. The only test that I am aware of is the Washington state lab test. I have not interviewed any personnel from the lab or from law enforcement; thus, I have no way of knowing what was tested by the Washington lab and what the results were. Although I am not insistent on the precise language in the stipulation that the test failed to disclose the presence of Ambien, I do not believe that this gives an erroneous false impression. The tests did not indicate Ambien was present in Ms. Gillen's system. If you want to tinker with the language and propose alternate language, I am certainly willing to consider such a proposal.

On another matter, I realize this morning when I came into the office that my responses to your interrogatories are due Thursday, December 15, 2005. December historically is always a month of emergencies involving clients and this month has been no exception. In fact, emergency matters by clients have seemed to occupy the bulk of my time. I have not had a chance to discuss the requests with my client. I am also planning to spend the Christmas holidays with my children, husband at my in-laws in California beginning December 19th and won't return until January 1st. I would very much like to put business matters aside and visit with my family. I am asking for your cooperation in giving me until January 13, 2006 to provide you with the answers to the discovery. In the future if you require a professional courtesy, I would be happy to extend it. If I do not hear from you I will assume that this date is acceptable to you and will endeavor to get these responses in progress via my paralegal. I wish you a happy holiday and new year.

DELANEY, WILES, HAYES, GERETY, ELLIS & YOUNG, INC.

Elizabeth Smith
December 12, 2005
Page 2

Sincerely,

Delaney, Wiles, Hayes,
Gerety, Ellis & Young, Inc.

*Cynthia Ducey*

Cynthia L. Ducey

CLD:jmb/111518
cc:  Arthur Levine

ATTACHMENT/EXHIBIT __15__
PAGE __2__ OF __2__