IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

DENISE FAYE GILLEN,           )
                              )
     Plaintiff,               )
                              )
v.                            )
                              )
SAFEWAY, INC.,                )
                              )
     Defendant.               )
_____)   Case No. A05-0234CV (RRB)

**AFFIDAVIT OF COUNSEL**

STATE OF ALASKA            )
                           ) ss.
THIRD JUDICIAL DISTRICT    )

I, Elizabeth Smith, do swear under oath and penalty of perjury as following:

1. I am counsel for Plaintiff Denise Gillen.

2. I have reviewed and selected Exhibits 1 through 20 of the reply brief on amendment, and the exhibits are true and correct copies to my best knowledge.

*Elizabeth Smith*
Elizabeth Smith

SUBSCRIBED AND SWORN TO before me this 4th day of January, 2006.

*Barbara Baumgartner*
Notary Public in and for Alaska
My commission expires: _____

Official Seal
STATE OF ALASKA
Notary Public
Barbara Baumgartner
Commission Expires 2/26/07

ATTACHMENT/EXHIBIT 16
PAGE 1 OF 1