**Eileen Nickoloff, Ph.D., D.A.B.C.C.**
**Consultant, Clinical Chemistry & Toxicology**

In the case of *Gillen vs Safeway*, a gray top blood tube containing sodium fluoride/potassium oxalate was collected from Denise Gillen at Valley Hospital on September 17, 2004. This blood sample has not been tested for Ambien to date.

The stability of Ambien in blood samples has not been scientifically determined. ARUP, a major reference laboratory in Salt Lake City UT postulates that Ambien is stable in blood for 1 week if the sample is at room temperature or refrigerated, and for 10 months if the sample is frozen. It is not known whether Ambien could still be found in the blood sample from Denise Gillen, but it should be tested as soon as possible as the stability of Ambien in this blood sample is definitely of concern.

*Eileen Nickoloff, PhD*
*January 4, 2006*

ATTACHMENT/EXHIBIT 17
PAGE 1 OF 1