Elizabeth N. Smith
Attorney for Plaintiff
Law Offices of Kenneth J. Goldman, P.C.
550 S. Alaska Street Ste 4-5
Palmer, AK  99645
Phone:  (907) 746-2346  Fax (907) 746-2340
Email:  ofcmgr@pobox.mtaonline.net

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DENISE FAYE GILLEN,            )<br>                                                  )<br>        Plaintiff,                       )<br>                                                  )<br>v.                                              )<br>                                                  )<br>SAFEWAY, INC., JOHN DOE   )<br>AND/OR JANE DOE,              )<br>                                                  )<br>        Defendants.                  )<br>_____) | Case No. A05-0234CV (RRB) |

### ORDER

Plaintiff moved for leave to amend her complaint a second time, so as to join an individual pharmacy licensee by name, specifically Defendant Teresa Heilig (a resident of the City of Palmer, State of Alaska).  Such motion, if granted, would necessarily contemplate remand of the action back to state court for lack of diversity.  The subject of amendment was previously addressed, in part, in the Court's Order Granting Plaintiff's Motion to Amend Complaint dated January 12, 2006.  The Court previously accepted at Page 4 of afore-said Order that Plaintiff's purpose in amending the Complaint, so as to contemplate the unidentified "Jane Doe" pharmacy licensee at that time, was not to avoid federal jurisdiction under 28 U.S.C. Section 1447(e).  The Court considered the instant motion for second amendment.  The Court

also considered Plaintiff's simultaneous separate motion for remand, together with any responses and replies thereon; and

IT IS HEREBY ORDERED that such motion for leave of second amendment is granted. The caption in the action shall be corrected to comport with the caption in the proposed Second Amended Complaint. Plaintiff shall serve her Second Amended Complaint upon defendants.

IT IS HEREBY FOUND that the effect of such amendment is to add a non-diverse party, Teresa Heilig, thereby destroying diversity jurisdiction. Teresa Heilig was a resident of Palmer, Alaska, and within the jurisdiction of the Superior Court for the State of Alaska, Third Judicial District at Palmer, as of the filing date of Plaintiff's initial complaint on September 12, 2005. Plaintiff sought identification and residential information on the individual pharmacy licensee(s) who physically or actually misfilled the medication in her initial set of interrogatories served on Defendant Safeway, Inc. with initial process on September 16, 2005. Identification of Teresa Heilig, without any listing of residential address, was made by Defendant Safeway, Inc. for the first time as the person who physically misfiled the medication by discovery response signed on January 16, 2006.

IT IS HEREBY FUTHER ORDERED that this case is remanded back to the Superior Court for the State of Alaska, Third Judicial District at Palmer.

Dated this _____ day of _____, 2006.

                                                  _____
                                                  RALPH R. BEISTLINE
                                                  UNITED STATES DISTRICT JUDGE

**Certificate of Service**

I certify that on the 31st day of
January, 2006, a true and correct
copy of the foregoing order was mailed to:
Cynthia Ducey, Attorney for Safeway
/s/ B. Baumgartner