**INDEX OF EXHIBIT TO OPPOSITION TO MOTION TO AMEND**

a. DUI Toxicology Report

b. Letter dated November 16, 2005 to Elizabeth Smith

c. Letter dated January 13, 2005 to Elizabeth Smith

d. Letter dated January 19, 2006 to Elizabeth Smith

e. Affidavit of Cynthia L. Ducey with attachment

f. Order in *Lutz v. First Financial Insurance Co.*