
Case 3:05-cv-00234-TMB   Document 24-3   Filed 02/21/2006   Page 1 of 1
Jerry Bolivar - Scan001.PDF                                                                 Page 1

SEP-13-2005 TUE 02:16 PM SOA CRIME LAB          FAX NO. 1 907 338 6614          P. 05

**WASHINGTON STATE TOXICOLOGY LABORATORY**          04-1794-01
FORENSIC LABORATORY SERVICES BUREAU
WASHINGTON STATE PATROL
2203 AIRPORT WAY S., SUITE 360
SEATTLE WA 98134-2027
PHONE (206) 262-6100  FAX (206) 262-6145

Barry K. Logan, PhD, DABFT
Washington State Toxicologist

Ann Marie Gordon, MS
Laboratory Manager

## DUI Toxicology Report          ST 047251

agency case #: 04-74493
attn:
agency: State of Alaska Crime Lab
Attn: Jill Booth
5500 E Tudor Rd
Anchorage AK  99507-1221

date received: 10-26-2004
date completed: 11-5-2004

| Last name | First name | Middle initial |
|-----------|------------|----------------|
| Gillen    | Denise     | F              |

sample: blood / urine
container: vg / btl
labeled: y / y

**BLOOD ETHANOL**   neg

**BLOOD ANALYSES**
THC            8     ng/mL
carboxy-THC    151   ng/mL

**URINE TEST RESULTS**
cannabinoids - EMIT   pos

The above document is a true and complete copy of the official record. This report is not certified and cannot be admitted into evidence without the presence of a toxicologist. For a copy which can be submitted without the toxicologist, please contact the Toxicology Laboratory at the phone number above to obtain the necessary certification.

**COMMENTS**

Note: samples will be retained for nine months then destroyed.  "nd" indicates drug not detected.  "pos" indicates positive.

_signature_                                   _signature_
Ed Formoso, Analyst                           Ann Marie Gordon M.S.
BS Chemistry 1972, Blood Analyst Permit since 1978   Laboratory Manager

EXHIBIT ___ Page ___ of ___

3000-210-10 R 3/03