DELANEY, WILES, HAYES, GERETY, ELLIS & YOUNG, INC.
ATTORNEYS AT LAW
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA 99501-1936
TELEPHONE (907) 279-3581
FAX (907) 277-1331
WWW.DELANEYWILES.COM

CLAY A. YOUNG
JAMES B. FRIDERICI
ANDREW GUIDI
HOWARD A. LAZAR
DONALD C. THOMAS
TIMOTHY J. LAMB
CYNTHIA L. DUCEY
DONNA M. MEYERS
KEVIN L. DONLEY

ERIC A. RINGSMUTH
JONATHAN CLEMENT

OF COUNSEL
DANIEL A. GERETY
STEPHEN M. ELLIS
WILLIAM E. MOSELEY
GREGORY L. YOUNGMUN

November 16, 2005

Elizabeth N. Smith
The Law Office of Kenneth J. Goldman, P.C.
550 S Alaska Street, Suite 4-5
Palmer, AK 99645

RE: Gillen v. Safeway, Inc.
    Case No. 3PA-05-1645 Civil

Dear Elizabeth:

   I enclose the Stipulation for Destructive Testing. I have signed the stipulation. If it meets with your approval please sign it and file it with the United States District Court in Anchorage. If you have any questions please call me.

              Sincerely,

              Delaney, Wiles, Hayes,
              Gerety, Ellis & Young, Inc.

              Cynthia Ducey
              Cynthia L. Ducey

CLD:jmb/110679
cc: Arthur Levine

EXHIBIT B
Page 1 of 1