**DELANEY, WILES, HAYES, GERETY, ELLIS & YOUNG, INC.**
ATTORNEYS AT LAW
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA 99501-1936
TELEPHONE (907) 279-3581
FAX (907) 277-1331
WWW.DELANEYWILES.COM

CLAY A. YOUNG
JAMES B. FRIDERICI
ANDREW GUIDI
HOWARD A. LAZAR
DONALD C. THOMAS
TIMOTHY J. LAMB
CYNTHIA L. DUCEY
DONNA M. MEYERS
KEVIN L. DONLEY

ERIC A. RINGSMUTH
JONATHAN P. CLEMENT
WILLIAM R. WARNOCK
MARGARET A. PATON-WALSH

OF COUNSEL
DANIEL A. GERETY
STEPHEN M. ELLIS
WILLIAM E. MOSELEY
GREGORY L. YOUNGMUN

January 13, 2005

VIA FAX

Elizabeth N. Smith
The Law Office of Kenneth J. Goldman, P.C.
550 S Alaska Street, Suite 4-5
Palmer, AK 99645

RE: Gillen v. Safeway, Inc.
Case No. 3PA-05-1645 Civil

Dear Elizabeth:

I received your letter dated December 27, 2005 and have called Washington State Lab several times. One issue that we both overlooked is the amount of blood left to test, and thus the ability to conduct unlimited testing. Washington State Lab advises that there is approximately 2 milliliters of blood left. The screen for Ambien 2483B requires .45 milliliters of blood. The screen for Ultracet 9288B requires 4 milliliters of blood. The screen for alcohol 0176B requires 7 milliliters of blood. The screen for recreational drugs 1864B requires .4 milliliter for analysis and 1 milliliter for confirmation. Before we can come to an agreement we must account for the realities of the existing sample. I propose that we test for Ambien 2483B and recreational drugs 1864B. Please advise if you are amenable to this.

Sincerely,

Delaney, Wiles, Hayes,
Gerety, Ellis & Young, Inc.

*Cynthia Ducey*
Cynthia L. Ducey

CLD:jmb/112629
cc: Arthur Levine

EXHIBIT C
Page 1 of 1