

| | DELANEY, WILES, HAYES, GERETY, ELLIS & YOUNG, INC. | |
|---|---|---|
| CLAY A. YOUNG<br>JAMES B. FRIDERICI<br>ANDREW GUIDI<br>HOWARD A. LAZAR<br>DONALD C. THOMAS<br>TIMOTHY J. LAMB<br>CYNTHIA L. DUCEY<br>DONNA M. MEYERS<br>KEVIN L. DONLEY | ATTORNEYS AT LAW<br>SUITE 400<br>1007 WEST 3RD AVENUE<br>ANCHORAGE, ALASKA 99501-1936<br>TELEPHONE (907) 279-3581<br>FAX (907) 277-1331<br>WWW.DELANEYWILES.COM | ERIC A. RINGSMUTH<br>JONATHAN P. CLEMENT<br>WILLIAM R. WARNOCK<br>MARGARET A. PATON-WALSH<br><br>OF COUNSEL<br>DANIEL A. GERETY<br>STEPHEN M. ELLIS<br>WILLIAM E. MOSELEY<br>GREGORY L. YOUNGMUN |

January 19, 2006

VIA FAX

Elizabeth N. Smith
The Law Office of Kenneth J. Goldman, P.C.
550 S Alaska Street, Suite 4-5
Palmer, AK 99645

RE: Gillen v. Safeway, Inc.
    Case No. 3PA-05-1645 Civil

Dear Elizabeth:

    I received your letter dated January 13, 2006 regarding Teresa Heilig's deposition. Ms. Heilig is on family medical leave and will not return to Carrs until April. She is thus not available for deposition prior to then. Also be advised that I will be in trial February 27 and most of February is devoted to extensive trial preparation. If it is your plan to begin an extensive round of discovery, that will have to wait until probably April given my trial and travel schedule.

    Sincerely,

    Delaney Wiles, Inc.

    Cynthia L. Ducey

CLD:jmb/112800
cc: Arthur Levine

EXHIBIT D
Page 1 of 1