IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

DENISE FAYE GILLEN, )
)
       Plaintiff, )
)
vs. )
)
SAFEWAY, INC., )
)
       Defendant. )
_____) Case No. A05-234 CV (TMB)

STATE OF ALASKA )
) ss.
THIRD JUDICIAL DISTRICT )

### AFFIDAVIT OF CYNTHIA L. DUCEY

Cynthia L. Ducey, being first duly sworn on oath, deposes and says as follows:

1. I am a shareholder and director at Delaney, Wiles, Hayes, Gerety, Ellis & Young, Inc. I am also the attorney of record and the lead attorney in this case.

2. On Tuesday January 24, 2006, in a telephone conversation with plaintiff's counsel, Elizabeth N. Smith, I informed plaintiff's counsel that Teresa Heilig was presently on family-medical leave, pursuant to the Family and Medical Leave Act, (FMLA) 29 U.S.C. § 2601 et seq.

3. In response plaintiff's counsel stated she would wait until Ms. Heilig returned to work before counsel would attempt to depose Ms. Heilig.

4. Relying on this statement by plaintiff's counsel, I believed counsel for both plaintiff and Safeway were in agreement that plaintiff's counsel would wait until Ms. Heilig had returned to work before plaintiff's counsel would attempt to depose Ms. Heilig.

DELANEY WILES, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

EXHIBIT E
Page 1 of 3

5. Shortly thereafter on January 24, I had a telephone conversation with plaintiff's counsel, Elizabeth Smith. At that time I initiated discussion about the status of the blood testing. Plaintiff's counsel, Elizabeth Smith indicated that she was reluctant to test the sample since Heilig was unrepresented. I informed Ms. Smith at that time that I represented Ms. Heilig and that there was no objection by Ms. Heilig to proceeding with the testing. Ms. Smith asked that I confirm my representation of Heilig in writing and she would then review the stipulation I sent her in November, 2005. I did so by letter dated January 25, 2006, attached hereto. She has failed since then to move the testing forward by taking any action on the stipulation.

FURTHER SAYETH YOUR AFFIANT NAUGHT

*[signature]*
CYNTHIA L. DUCEY

SUBSCRIBED AND SWORN to before me this 21st day of February, 2006.

*[signature]*
Notary Public for Alaska
My Commission Expires: 4-14-08

113765

DELANEY WILES, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

EXHIBIT E
Page 2 of 3

 

| | DELANEY, WILES, HAYES, GERETY, ELLIS & YOUNG, INC. | |
|---|---|---|
| CLAY A. YOUNG<br>JAMES B. FRIDERICI<br>ANDREW GUIDI<br>HOWARD A. LAZAR<br>DONALD C. THOMAS<br>TIMOTHY J. LAMB<br>CYNTHIA L. DUCEY<br>DONNA M. MEYERS<br>KEVIN L. DONLEY | ATTORNEYS AT LAW<br>SUITE 400<br>1007 WEST 3RD AVENUE<br>ANCHORAGE, ALASKA 99501-1936<br>TELEPHONE (907) 279-3581<br>FAX (907) 277-1331<br>WWW.DELANEYWILES.COM | ERIC A. RINGSMUTH<br>JONATHAN P. CLEMENT<br>WILLIAM R. WARNOCK<br>MARGARET A. PATON-WALSH<br>OF COUNSEL<br>DANIEL A. GERETY<br>STEPHEN M. ELLIS<br>WILLIAM E. MOSELEY<br>GREGORY L. YOUNGMUN |

January 25, 2006

Elizabeth N. Smith
The Law Office of Kenneth J. Goldman, P.C.
550 S Alaska Street, Suite 4-5
Palmer, AK  99645

RE:  Gillen v. Safeway, Inc.
     Case No. 3PA-05-1645 Civil

Dear Elizabeth:

This letter is confirm that I represent Teresa Heilig regarding the allegations in this complaint. Please direct any communication to her through me.

Sincerely,

Delaney, Wiles, Hayes,
Gerety, Ellis & Young, Inc.

Cynthia L. Ducey

CLD:jmb/112995
cc:  Arthur Levine

EXHIBIT E
Page 3 of 3