

# LAW OFFICES OF KENNETH J. GOLDMAN, P.C.

Attorneys:    Kenneth J. Goldman        Elizabeth N. Smith

550 S. Alaska Street, Ste 4-5  
Palmer, AK  99645

Phone: 907-746-2346  
Fax:    907-746-2340

October 25, 2005

<u>**VIA BOTH FAX AND MAIL**</u>

907/277-1331

Cynthia Ducey, Attorney  
1007 W. 3rd Ave., Ste. 400  
Anchorage, Alaska  99501

    RE:  *Gillen v. Safeway*

Dear Ms. Ducey:

    I tried calling you this morning, and I left a voice mail on the recording system either at your desk or at the desk of your secretary.  This covers two quick topics.

    First, our deadline for holding a parties' planning meeting is Thursday, October 27, 2005.  I am ready to do the meeting, but it may be hard to get hold of each other telephonically unless we set up a firm date/time.  If I am not immediately available when you call back, then please ask Barb or Lainey at this office to set up a time with me either Wednesday afternoon, October 26, or Thursday morning, October 27, 2005.  I am also in the office until 2:00pm today, but unavailable between 1:00pm and 1:30pm due to a client matter.

    Second, on October 21, 2005 I received the enclosed correspondence from the Washington Toxicology lab.  Apparently and to my office's surprise (in light of previous telephone calls with the lab), the blood samples do still exist and are preserved, although there is some oral or informal aside about dissipation or distortion of Ambien over time in samples.  <u>Please contact me to see what we can agree on for immediate testing of the samples for Ambien.  I believe that both Safeway and Denise Gillen would be interested in such testing results.</u>

Sincerely,

*Elizabeth Smith* (signature)

Elizabeth Smith

Enclosures:  Washington State Toxicology Lab Correspondence  (3 Pages, Received 10/21/05)

ATTACHMENT/EXHIBIT ____1____  
PAGE ____1____ OF ____1____