

## LAW OFFICES OF KENNETH J. GOLDMAN, P.C.

Attorneys:   Kenneth J. Goldman   Elizabeth N. Smith

550 S. Alaska Street, Ste 4-5  
Palmer, AK 99645

Phone: 907-746-2346  
Fax:   907-746-2340

December 12, 2005

**VIA BOTH FAX AND MAIL**

Cynthia Ducey  
Delaney, Wiles Hayes, Gerety, Ellis  
& Young, Inc.  
1001 West 3rd Avenue Ste 400  
Anchorage, AK 99501-1936

907/277-1331

RE: *Gillen v. Safeway*

Dear Ms. Ducey:

I just tried calling your office. I am leaving my office shortly, and this fax may be the best way to catch each other. You can check your records and get back to me later this week.

I have reviewed the proposed stipulation your office drafted for destructive testing. It has much surplus language in it which I view as unnecessary, including the attached form on THC. However, for right now, I have a particular question. Specifically, do you have and can you show me a negative lab test for Ambien? I was under the impression that Ambien was not tested one way or the other (not tested at all) by the State of Washington's lab, but please correct me if I am mistaken on the point. Can you look among your records and, if you have one, send me a copy of the lab's test for Ambien showing a negative or any other result at all for Ambien?

At Page 1 of the stipulation, the language was included by your office, "The testing failed to disclose the presence of "Ambien"." Was Ambien tested? I don't think so. However, I am open to correction, if you send me a test showing Ambien as being screened either positively or negatively (or even inconclusively). Otherwise, the quoted language would give the erroneous impression that, yes, Ambien was affirmatively tested and, yes, it failed to detect/screen out positive. My perception is that the lab in Washington ran a standard law enforcement panel <u>not</u> including Ambien.

Sincerely,

*Elizabeth Smith*

Elizabeth Smith  
Copy: Client

ATTACHMENT/EXHIBIT 3  
PAGE 1 OF 1