# LAW OFFICES OF KENNETH J. GOLDMAN, P.C.

Attorneys:   Kenneth J. Goldman   Elizabeth N. Smith

550 S. Alaska Street, Ste 4-5　　Phone: 907-746-2346
Palmer, AK  99645　　　　　　　　Fax:　　907-746-2340

December 27, 2005

Cynthia Ducey
Delaney, Wiles Hayes, Gerety, Ellis
& Young, Inc.
1001 West 3rd Avenue Ste 400
Anchorage, AK 99501-1936

RE:  *Gillen v. Safeway*

Dear Ms. Ducey:

I have made calls to my clinical consultant and separately also then to the testing lab we agree upon, specifically National Medical Services in Pennsylvania (Michelle Dyson, 866/522-2216 being the contact at NMS). As soon as I get the written instructions on submission to the lab, I will forward them to you for review. This letter is about panels to be run at the laboratory. We have to prepay the basic qualitative panels, and then there will be additional charges communicated to us from the lab if the preliminary screens reflect positive.

My client agrees to pay one-half of the testing costs, whether in state court or in federal court. I tried to narrow down exactly what panels would be needed at the lab. See my notes below. Please make your independent research. There may be more or different panels you want.

There apparently is a general panel, Code Number 1866, at NMS which tests for therapeutic and abuse drugs. However, Ambien (Zolpedium) would not be among the standard therapeutic drugs tested in Code Number 1866. Nor would Ultram. Finally, the abuse drugs tested might be better covered under a different panel or control number discussed below.

In any event, I will instruct the lab that I want Code Number 2483 for Ambien (Zolpedium). I will prominently mark these names in addition to the code number.

ATTACHMENT/EXHIBIT 4
PAGE 1 OF 2

Again, I fully expect Ambien to dissipate over time in samples per my clinical consultants.

The same is true for codes on Ultram or its generic Ultracet, which is Tramadol and acetaminophen ("Tylenol") combined. As you recall, Denise should have received Ultram, but did not get it. I would have to check the medical records to make absolutely sure, but I think I recall that she may have received it previously, although I don't know how closely it was in time to the blood sample draw. In any event, I want it tested now for either confirmation or exclusion, this being NMS Code #9288 for Tramadol. NMS does not recommend bothering with testing for acetaminophen. Tramadol is not included routinely among the therapeutic drug panel, Code Number 1866, and it has to be tested specifically under Code Number 9288.

I assume that you would wish to run Code Number 1864 for an abuse drug screen, which would screen for cannabis and other abuse drugs like cocaine, meth, etc. Please let me know, though. Although Code Number 1866 generally includes abuse drugs, NMS told me that it would instead in our circumstances recommend Code Number 1864. Please check on it.

Finally, Denise Gillen tested alcohol-free (0.000). However, to be completely illustrative, I want run NMS Code Number 0176 for alcohol.

**Please let me know if these Code Numbers (2483 for Ambien/Zolpedium, 9288 for Ultram/Tramadol, 1864/drugs of abuse, 0176 for alcohol) are agreeable and complete. Do you want more codes/screens? Let me know so we can move forward. Note, though, that I am going to forward to you an alternate proposed destructive testing stipulation that has different language than what you proposed to me, as I decline to sign all of the language you submitted in proposed form to me. Thanks for your cooperation.**

Sincerely,

*Elizabeth Smith*
Elizabeth Smith

Copy: Client