IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DENISE FAYE GILLEN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| SAFEWAY, INC., | ) ) |
| Defendant. | ) ) |
| | ) Case No. A05-0234CV (RRB) |

### PLAINTIFF'S FIRST SUPPLEMENT TO INITIAL DISCLOSURES

Plaintiff Denise Gillen, by and through the Law Offices of Kenneth J. Goldman, P.C., hereby supplements her initial disclosures with the following:

- National Medical Services fax transmission cover sheet with two page attachment re: how to submit specimen

Dated this 31st day of December, 2005 in Palmer, Alaska.

Elizabeth Smith
Elizabeth N. Smith
Attorney for Plaintiff Denise Gillen
Alaska Bar No. 9402003

**Certificate of Service**

I certify that on the 3rd day of January 2006 December, 2005, a true and correct copy of the foregoing was mailed/faxed/ hand-delivered to:

Cynthia Ducey
Delaney, Wiles, Hayes, Gerety, Ellis & Young Inc.
1007 W. 3rd Avenue #400
Anchorage, AK 99501

B. Baumgartner

Law Offices of
Kenneth J. Goldman, P.C.
550 S. Alaska Street Ste 4-5
Palmer, AK 99645
Phone: (907) 746-2346   Fax: (907) 746-2340

ATTACHMENT/EXHIBIT 5
PAGE 1 OF 4

3701 Welsh Road, Willow Grove, PA 19090
Tel: (215) 657-4900 • (800) 522-6671
e-mail: nms@nmslab.com

# NMS

**NATIONAL MEDICAL SERVICES**

**FAX NUMBERS:**

- ☐ Client Services (215) 366-1501
- ☐ Marketing/Expert Services (215) 657-2972
- ☐ Administration/Accounting (215) 366-1504
- ☐ Information Systems (215) 366-1666
- ☐

## ||| FAX TRANSMISSION |||

*as per M. Dyson*

| To: E. Smith | From: JCR |
|---|---|
| Company: | Pages: 4 |
| Fax: 907-746-2340 | Date: 12-23-05 |
| Phone: | CC: |
| Re: how to submit | |

☐ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply

**Message to Recipient:**

ATTACHMENT/EXHIBIT 5
2 OF 4

The information contained in this fax is privileged, confidential, and intended only for the use of the individual or entity named above. If the reader is not the intended recipient, or the employee or agent responsible for delivery to the intended recipient, you are hereby notified that any distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the address above, by mail. Postage will be reimbursed. Thank you.



## NATIONAL MEDICAL SERVICES

# PLEASE PROVIDE THE FOLLOWING INFORMATION ON LETTERHEAD FROM YOUR OFFICE:

1. Name and address of physician, lawyer, laboratory or police department where results are to be sent. *At no time can NMS discuss any aspect of this case with the patient.*

2. **Please enclose payment with specimen. The following are acceptable forms of payment:**

   Visa, Mastercard, or American Express Number
   This is the *PREFERRED* method of payment. Please fill out the enclosed payment form and submit with the specimen.

   Business Check, Money Order or Cashiers Check
   *Personal checks from patients are not an acceptable form of payment!!*
   Note: Testing will not be started until payment for all requested testing is received.*
   **Confirmation testing is automatically performed on all positive screens at an additional charge.**

3. Patient or Case Name

4. ID or Case No.

5. History of case (Forensic and Criminalistic cases only), date and time of collection and date and time of incident

6. Specimen Source: e.g. blood, serum, hair, tissue or non-biological sample type to be tested etc.

7. National Medical Services Test Code and Test Name

8. Name and Phone Number of Contact Persons **(very important)**

All information concerning the above results **will only be discussed with the office receiving results.** NMS can not discuss any information concerning the case with any other office or individual **without written permission from the office receiving the results.**

Send to:   National Medical Services
           3701 Welsh Road
           Willow Grove, PA 19090
           Attn: see below

Attn: FORENSICS – specimens with a chain of custody, autopsy specimens, police specimens, legal cases
Attn: CRIMINALISTICS – non biological specimens and product integrity cases
Attn: CLINICAL – therapeutic drug monitoring, studies and all other specimens



## NATIONAL MEDICAL SERVICES

### NMS CREDIT CARD AUTHORIZATION FORM

1. All testing must be pre-paid prior to completion and reporting of testing. By signing below, the credit card holder agrees to pay all associated charges for testing. When a specimen is submitted, your credit card will be billed upon completion of all testing. Invoices are generated at the end of each month. This charge will appear on your credit card statement as "National Medical Services."

   Please provide the Visa, Mastercard or American Express Number including: expiration date and name of person card issued to.

   *Note: Personal checks from patients are not an acceptable form of payment.*

2. Card Holder Name: _____

3. Name as it appears on card (if different): _____

4. Billing Address: _____

   _____

   _____

5. Credit Card:

   **Visa #:** _____  Exp. Date: _____

   **Mastercard #:** _____  Exp. Date: _____

6. Credit Card Holder Telephone Number (for verification of credit card information, if necessary) _____

National Medical Services cannot discuss any information concerning the case with any other facility or individual without written permission from the facility who is the client of record. The definition of the client of record is the facility that is ordering the analyses and receiving the final results.

*I hereby authorize National Medical Services to charge the credit card number I have provided as payment for all analyses associated with the submitted case.*

Credit Card Holder Signature:_____  Date:_____

Sharenms\cs\forms\Credit Card Authorization
Revised: January 6, 2005

3701 Welsh Road • Willow Grove, PA 19090 • (800) 522-6671 • (215) 657-4900 • fax (215) 657-2972 • www.nmslab.com