

# LAW OFFICES OF KENNETH J. GOLDMAN, P.C.

Attorneys:     Kenneth J. Goldman     Elizabeth N. Smith

550 S. Alaska Street, Ste 4-5  Phone: 907-746-2346
Palmer, AK  99645  Fax:   907-746-2340

January 13, 2006

Cynthia Ducey
Delaney, Wiles Hayes, Gerety, Ellis
& Young, Inc.
1001 West 3rd Avenue Ste 400
Anchorage, AK 99501-1936

RE: *Gillen v. Safeway*

Dear Ms. Ducey:

When may I depose Safeway's current or former pharmacy employee, Teresa Heilig, in February? I am available all of the month of February, due to settlement of other cases, except that I will be tied up with other events during the block of February 15 through 22, 2006. At the same time, I would like to depose that person or those persons who will be identified in your answers to interrogatories on exactly whom it was that physically filled Ambien in the bottle and took the other acts identified in the answers. The depositions will be *duces tecum*, including production of pharmacy records and DEA or controlled substance logs on my client. I do not at this point want records on anyone but my client, and record redactions to protect the confidentiality of other pharmacy customers/patients would be just fine with me. I prefer to do the depositions in video-taped evidentiary style for perpetuation purposes in lieu of witness appearances at trial. I will hold the deposition(s) in Palmer, but the potential number of persons in attendance may require me to rent a conference room down the street.

**Let me know when you are available during February 1 through 14 and February 22 through 28, 2006.** For notice, subpoena, and privilege purposes, I will need to know, as well, which of the persons are current versus former Safeway employees. Finally, I need to know ahead of time the authorized persons who will be attending on your side of the case, for example a corporate officer, so that I can plan conference room size and rental. I am calendaring the end of January, 2006 by which to have tentatively served out the various notices and subpoenas involved with such depositions.

Sincerely,

*Elizabeth Smith*
Elizabeth Smith

Copy: Client