**DELANEY, WILES, HAYES, GERETY, ELLIS & YOUNG, INC.**

| | | |
|---|---|---|
| CLAY A. YOUNG<br>JAMES B. FRIDERICI<br>ANDREW GUIDI<br>HOWARD A. LAZAR<br>DONALD C. THOMAS<br>TIMOTHY J. LAMB<br>CYNTHIA L. DUCEY<br>DONNA M. MEYERS<br>KEVIN L. DONLEY | ATTORNEYS AT LAW<br>SUITE 400<br>1007 WEST 3RD AVENUE<br>ANCHORAGE, ALASKA 99501-1936<br>TELEPHONE (907) 279-3581<br>FAX (907) 277-1331<br>WWW.DELANEYWILES.COM | ERIC A. RINGSMUTH<br>JONATHAN P. CLEMENT<br>WILLIAM R. WARNOCK<br>MARGARET A. PATON-WALSH<br>OF COUNSEL<br>DANIEL A. GERETY<br>STEPHEN M. ELLIS<br>WILLIAM E. MOSELEY<br>GREGORY L. YOUNGMUN |

January 13, 2005

VIA FAX

Elizabeth N. Smith
The Law Office of Kenneth J. Goldman, P.C.
550 S Alaska Street, Suite 4-5
Palmer, AK 99645

RECEIVED
JAN 1 3 2006
BY:

RE: Gillen v. Safeway, Inc.
Case No. 3PA-05-1645 Civil

Dear Elizabeth:

I received your letter dated December 27, 2005 and have called Washington State Lab several times. One issue that we both overlooked is the amount of blood left to test, and thus the ability to conduct unlimited testing. Washington State Lab advises that there is approximately 2 milliliters of blood left. The screen for Ambien 2483B requires .45 milliliters of blood. The screen for Ultracet 9288B requires 4 milliliters of blood. The screen for alcohol 0176B requires 7 milliliters of blood. The screen for recreational drugs 1864B requires .4 milliliter for analysis and 1 milliliter for confirmation. Before we can come to an agreement we must account for the realities of the existing sample. I propose that we test for Ambien 2483B and recreational drugs 1864B. Please advise if you are amenable to this.

Sincerely,

Delaney, Wiles, Hayes,
Gerety, Ellis & Young, Inc.

Cynthia L. Ducey

CLD:jmb/112629
cc: Arthur Levine