

# LAW OFFICES OF KENNETH J. GOLDMAN, P.C.

Attorneys:   Kenneth J. Goldman   Elizabeth N. Smith

**FAX TRANSMITTAL**

550 S. Alaska Street Ste 4-5    Phone: 907-746-2346
Palmer, AK  99645               Fax:   907-746-2340

**To:** Cynthia Ducey, Attorney         **From:** Elizabeth Smith, Attorney
**Fax #:** 277-1331

**Sent:** Friday, January 20, 2006 at _____ am/pm
**Pages:** Cover Only

**RE:** *Gillen v. Safeway*
Matter No.

**Message:**

I have your January 19, 2006 letter on my proposed deposition of Ms. Heilig, the person who physically inserted the Ambien per your new interrogatory answer, and I am considering how to go forward at this point. April is a long way to wait in these circumstances. The interrogatory answer did not list her residential address.

Meanwhile, can you immediately give me the full residential address of Ms. Heilig as of the date when I filed my client's state complaint, on September 12, 2005, at the Palmer Courthouse? Are you willing to do so without necessity of my filing a separate formal interrogatory and/or formal motion on the matter? I need this information on residency to evaluate federal diversity and also to inform the US District Court accordingly when I move next week to amend the complaint to join Ms. Heilig by name. This obviously factors into how everyone approaches the propriety of potential remand.

ATTACHMENT/EXHIBIT 10
PAGE 1 OF 1

Notice: **The information contained in the Fax is CONFIDENTIAL AND/OR PRIVILEGED.** This fax is intended to be reviewed only by the above named recipient. If you have received this fax by mistake, you should not read, copy, discuss or share it with any other person. If you have received this fax in error, or have any questions as to whether you are the intended recipient, please call us immediately at (907) 746-2346.