

# LAW OFFICES OF KENNETH J. GOLDMAN, P.C.

Attorneys:   Kenneth J. Goldman   Elizabeth N. Smith

550 S. Alaska Street, Ste 4-5
Palmer, AK 99645

Phone: 907-746-2346
Fax:   907-746-2340

January 24, 2006

Cynthia Ducey
Delaney, Wiles Hayes, Gerety, Ellis
& Young, Inc.
1001 West 3rd Avenue Ste 400
Anchorage, AK 99501-1936

RE: *Gillen v. Safeway*

Dear Ms. Ducey:

**I would like to depose Teresa Heilig on Wednesday, April 19, 2006, whether it is per federal court or remanded state court, by which time we should have a resolution of the issue of her joinder upon a motion for amendment. Is this date open for you?** I am trying to be patient and give consideration to your January 19, 2006 letter in which you explain that Ms. Heilig is on medical leave and, further, that you have a busy schedule, thus making deposition prior to that date impossible. I intend to video-tape the deposition.

If Wednesday, April 19, 2006, is open on your calendar, then please confirm such. If it is not open, then please supply me with another date before the close of April, 2006. I am open the last two weeks of April.

Sincerely,

Elizabeth Smith

Copy: Client