IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DENISE FAYE GILLEN, | ) |
| Plaintiff, | ) |
| v. | ) |
| SAFEWAY, INC., | ) |
| Defendant. | ) |

Case No. A05-0234CV (RRB)

## PLAINTIFF'S FIFTH SUPPLEMENT TO INITIAL DISCLOSURES

Plaintiff Denise Gillen, by and through the Law Offices of Kenneth J. Goldman, P.C., hereby supplements her initial disclosures with the following:

- Dr. Eileen Nickoloff's January 23, 2006 letter (Numbered GILLEN218)

Dated this 27th day of January, 2006 in Palmer, Alaska.

Elizabeth N. Smith
Attorney for Plaintiff Denise Gillen
Alaska Bar No. 9402003

**Certificate of Service**

I certify that on the 30 day of January, 2006, a true and correct copy of the foregoing was mailed to:

Cynthia Ducey
Delaney, Wiles, Hayes, Gerety, Ellis & Young Inc.
1007 W. 3rd Avenue #400
Anchorage, AK 99501

Law Offices of
Kenneth J. Goldman, P.C.
550 S. Alaska Street Ste 4-5
Palmer, AK 99645
Phone: (907) 746-2346   Fax: (907) 746-2340

**Eileen Nickoloff, Ph.D., D.A.B.C.C.**
**Consultant, Clinical Chemistry & Toxicology**

Elizabeth Smith, Esq
Law Offices of Kenneth J. Goldman, P.C.
550 S. Alaska Street, Ste 4-5
Palmer, AK 99645

January 23, 2006

RECEIVED
JAN 2 3 2006
BY:_____

Dear Elizabeth,

I have reviewed the copies of correspondence sent to me on January 17, 2006 between you and Cynthia Ducey and sent to me by Barbara Baumgartner.

I think that the most important test to have run by NMS is the Blood Ambien 2483B. With the unknown stability of ambien in blood samples, I think it is important to try and have this analysis done as soon as possible.

With a negative breath test for ethanol, I do not think there is a need to run the limited blood sample for this analyte, especially considering the large amount of sample required for this test. I also do not believe that any useful information could be obtained from an assay for Ultram (Tramadol) in this blood sample. Tramadol has a short blood half-life and it is unlikely that any would be detected in this blood sample.

Finally, I see no valid rationale for further testing of abuse drugs. The Toxicology Report from Washington State Toxicology Laboratory (received date 10/26/2004, completed 11/5/2004) indicates only a single drug was present; as I understand their test methodology, this suggests that screening for other abuse drugs gave negative results. With the limited amount of sample remaining, and the instability of various drugs in blood, it is difficult to imagine a scenario where any useful results could be obtained.

Please do not hesitate to contact me if you have any additional questions.

Sincerely,

Eileen Nickoloff, Ph.D.
Clinical Chemist