IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

DENISE FAYE GILLEN,            )
                               )
        Plaintiff,             )
                               )
v.                             )
                               )
SAFEWAY, INC.,                 )
                               )
        Defendant.             )
_____) Case No. A05-0234CV (RRB)

### PLAINTIFF'S SIXTH SUPPLEMENT TO INITIAL DISCLOSURES

Plaintiff Denise Gillen, by and through the Law Offices of Kenneth J. Goldman, P.C., hereby supplements her initial disclosures with the following:

- Fax, Dr. Eileen Nickoloff, 12/14/05, including attached article on uncorroborated correlation between plasma THC level and physiological and behavioral effects, Bates-Pages GILLEN 219 through GILLEN 225.

- Fax Transmission, National Medical Services, 12/23/05, Bates-Pages GILLEN 226 through GILLEN 228; and

Dated this ____ day of March, 2006 in Palmer, Alaska.

Elizabeth N. Smith
Attorney for Plaintiff Denise Gillen
Alaska Bar No. 9402003

**Certificate of Service**

I certify that on the ____ day of March, 2006, a true and correct copy of the foregoing was mailed to:

Cynthia Ducey
Delaney, Wiles, Hayes, Gerety, Ellis & Young Inc.
1007 W. 3rd Avenue #400
Anchorage, AK 99501

Law Offices of
**Kenneth J. Goldman, P.C.**
550 S. Alaska Street Ste 4-5
Palmer, AK 99645
Phone: (907) 746-2346   Fax: (907) 746-2340

State Public Health Laboratory
4500 Boniface Pkwy
Anchorage AK 99507-1270
Phone: 334-2100
Fax: 334-2161


Division of Public Health

# Fax

To: Elizabeth Smith     From: Dr. Eileen Nickoloff
Fax: 1-907-746-2340     Date: 12/14/05
Phone:                  Pages: (including cover page) 7
Re:                     CC:

☐ Urgent   ☐ For Review   ☐ Per Your Request   ☐ Please Reply   ☐ Please Recycle

•Comments:

I've attached 2 articles for you, references are included. Hope this helps

EILEEN NICKOLOFF, Ph.D, D.A.B.C.C
Clinical Chemistry & Toxicology

STATE PUBLIC HEALTH LABORATORIES
DIVISION OF PUBLIC HEALTH
DEPARTMENT OF HEALTH & SOCIAL SERVICES
STATE OF ALASKA

4500 BONIFACE PARKWAY
ANCHORAGE, ALASKA 99507-1270
PHONE: (907) 334-2114
FAX (907) 334-2161
EMAIL eileen_nickoloff@health.state.ak.us

**CONFIDENTIALITY NOTICE:** This transmission is only intended for the use of the individual or entity to which it is addressed and may contain information that is privileged and confidential. If the reader of the message is not the intended recipient, you are hereby notified that any disclosure, distribution, or coping of the information is strictly prohibited. If you have received this in error, please notify us immediately by telephone and return the original documents to us at the above address via the US Postal Service. Thank you.

lism to active and inactive metabolites. The pharmacodynamic effects of MJ taken orally are due to both THC and its equipotent metabolite, 11-hydroxy-tetrahydrocannabinol (11-OH-THC).

### Distribution

THC has a large volume of distribution (10 L/kg) and is 97–99% protein-bound in plasma, primarily to lipoproteins. Highly perfused organs, including the brain, are rapidly exposed to the drug. Less highly perfused tissues accumulate drug more slowly as THC redistributes from the vascular into peripheral compartment tissues. THC's high lipid solubility results in concentration and prolonged retention of the drug in fat. Detectable concentrations of THC have been found in fat biopsies obtained more than 4 weeks after smoking. Slow release of drug from fat and significant enterohepatic recirculation contribute to THC's long drug half-life in plasma, most recently reported as greater than 4.1 days. Isotopically labeled THC and sensitive analytical procedures were used to obtain this estimate of drug half-life. Less sensitive methods have resulted in much lower estimates of the terminal half-life and a more simplified description of the drug's pharmacokinetics.

### Metabolism

Hydroxylation of THC by the hepatic cytochrome P450 enzyme system leads to production of the active metabolite, 11-OH-THC, believed by early investigators to be the true active analyte. Concentrations of this analyte are low following MJ smoking with metabolite concentrations attaining <10% of the THC concentration. Concentrations of 11-OH-THC may be as high as 50% of THC concentrations after MJ ingestion. Other tissues, including lung, may contribute to the metabolism of THC, although alternate hydroxylation pathways may be more prominent. Further metabolism to di- and tri-hydroxy compounds, ketones, aldehydes, and carboxylic acids has been documented.

Oxidation of active 11-OH-THC produces the inactive metabolite, THCCOOH. The inactive THCCOOH metabolite and its glucuronide conjugate have been identified as the major endproducts of biotransformation in most species, including man. Renal clearance of these polar metabolites from blood is low due to extensive protein binding. THCCOOH concentrations gradually increase and surpass concurrent THC concentrations shortly after completion of smoking, due to the precipitous drop in THC concentrations during this period. The time course of detection of THCCOOH is much longer than either of the active analytes. The redistribution of THC from tissue to blood has been demonstrated to be the rate-limiting step in its metabolism. About 15–20% of a THC dose is eliminated as acidic urinary metabolites, while 30–35% is excreted in the feces as 11-OH-THC and THCCOOH. Approximately 20% of the acidic urinary metabolites are estimated to be conjugated and unconjugated THCCOOH. No significant difference in metabolism between men and women has been reported. Fig. 1 illustrates the common metabolic profile of THC.

### Elimination

More than 65% of the drug is excreted in the feces, with approximately 20% excreted in the urine. A total of 80–90% of the drug is excreted within 5 days, mostly as hydroxylated and carboxylated metabolites. Many of these metabolites are conjugated with glucuronic acid, which increases the compounds' water solubility. The primary urinary metabolite is the acid-linked THCCOOH glucuronide conjugate, while 11-OH-THC predominates in the feces. The excretion half-life in man has been estimated to be 3–4 days.

### Plasma Concentrations

The absorption of THC and formation of 11-OH-THC and THCCOOH during MJ smoking is shown in Fig. 2. THC was detected in the plasma immediately after the first MJ puff. Concentrations continued to increase



Fig. 2. Mean (N = 6) THC, 11 THC cigarette. Each arrow repr

rapidly. After one 1.75%- or . cigarette was smoked, peak were 50–129 ng/mL (mean, ٤ 76–267 ng/mL (mean, 162.2 · tively. Mean THC concentra min after smoking were, r proximately 60% and 20% ( trations. Within 2 h, THC were at or below 5 ng/mL. Tr tion of THC (GC/MS limit of ng/mL) varied from 3 to 12 dose and from 6 to 27 h aft MJ cigarette.

The 11-OH-THC plasma were approximately 6–10% o THC concentrations for up the start of smoking. Peak 11 centrations were noted 13.5 22.8 min) after the start of peak concentrations of 6.7 ng 10.4 ng/mL) and 7.5 ng/ml ng/mL) were measured follo one MJ cigarette (1.75% or ? spectively. 11-OH-THC cor creased gradually with mean of 4.5 h and 11.2 h after THCCOOH concentration: creased slowly and plateaue This inactive metabolite wa subjects' plasma by 8 min aftr smoking. Peak concentratic tently lower than peak THC but were higher than 11-OH

Merilyn Huestis, Marijuana, in Principles of Forensic Toxicology, 2nd Ed, AACC Press 2003

GILLEN 22C

[left column, partially cut off:]
: 11-OH-THC produces
lite, THCCOOH. The
-1 metabolite and its
te have been identified
lucts of biotransforma-
 including man. Renal
 olar metabolites from
tensive protein binding.
trations gradually in-
 current THC concen-
 completion of smoking,
s drop in THC concen-
eriod. The time course
COOH is much longer
ve analytes. The redis-
 m tissue to blood has
o be the rate-limiting
1. About 15-20% of a
d as acidic urinary me-
5% is excreted in the
and THCCOOH. Ap-
c acidic urinary metab-
 e conjugated and
 H. No significant
 sm between men and
 rted. Fig. 1 illustrates
: profile of THC.

he drug is excreted in
mately 20% excreted
80–90% of the drug is
, mostly as hydroxy-
metabolites. Many of
 njugated with glucu-
 ases the compounds'
 primary urinary me-
 ed THCCOOH glu-
 while 11-OH-THC
 eces. The excretion
 n estimated to be 3–4

IC and formation of
 OOH during MJ
 HC was detected
 ly after the first MJ
 ntinued to increase



Fig. 2. Mean (N = 6) THC, 11-OH-THC, and THCCOOH concentrations during smoking of a 1.75% THC cigarette. Each arrow represents one inhalation or puff on the marijuana cigarette.

rapidly. After one 1.75%- or 3.55%-THC MJ cigarette was smoked, peak concentrations were 50–129 ng/mL (mean, 84.3 ng/mL) and 76–267 ng/mL (mean, 162.2 ng/mL), respectively. Mean THC concentrations 15 and 30 min after smoking were, respectively, approximately 60% and 20% of peak concentrations. Within 2 h, THC concentrations were at or below 5 ng/mL. The time of detection of THC (GC/MS limit of detection is 0.5 ng/mL) varied from 3 to 12 h after the low-dose and from 6 to 27 h after the high-dose MJ cigarette.

The 11-OH-THC plasma concentrations were approximately 6–10% of the concurrent THC concentrations for up to 45 min after the start of smoking. Peak 11-OH-THC concentrations were noted 13.5 min (range 9.0–22.8 min) after the start of smoking. Mean peak concentrations of 6.7 ng/mL (range 3.3–10.4 ng/mL) and 7.5 ng/mL (range 3.8–16 ng/mL) were measured following smoking of one MJ cigarette (1.75% or 3.55% THC), respectively. 11-OH-THC concentrations decreased gradually with mean detection times of 4.5 h and 11.2 h after the two doses. THCCOOH concentrations in plasma increased slowly and plateaued for up to 4 h. This inactive metabolite was detected in all subjects' plasma by 8 min after the start of MJ smoking. Peak concentrations were consistently lower than peak THC concentrations but were higher than 11-OH-THC peak concentrations. Peak THCCOOH concentrations were 24.5 ng/mL (range 15–54 ng/mL) and 54.0 ng/mL (range 22–101 ng/mL) after the low- and high-dose MJ cigarettes, respectively. Following smoking of a 1.75% THC cigarette, THCCOOH was detected from 48 to 168 h, with a mean of 84 h. Detection times ranged from 72 to 168 h with a mean of 152 h following smoking of the 3.55% THC cigarette.

Peak plasma concentrations after oral administration occur after approximately 2–3 h, and reach concentrations of 4.4–11 ng/mL after a 20-mg dose. THC concentrations decline to <10 ng/mL at 4–6 h after ingestion. Following the ingestion of MJ-laced brownies, peak effects were noted to occur 2.5–3.5 h after dosing.

Most THC plasma data have been collected following acute exposure; less is known of plasma THC concentrations in frequent users. One study indicated that THC was detectable for up to 6 days after smoking MJ for frequent users, and <1 day for infrequent users. There were no differences in terminal half-lives in frequent or infrequent users.

### Urine Concentrations

Interpretation of positive urine tests requires an understanding of the excretion pattern of metabolites in humans. However,

*J Fenton, The Laboratory & the Poisoned Patient, AACC Press, 1998*

# CANNABINOIDS



Frequency = 1,435
Lethality index = 0.07%
Morbidity index = 2.0%
ME data = 457 (5.3%)

## PHARMACOKINETICS

| | |
|---|---|
| Bioavailability | Oral, 5–20%; smoking, 18–50%; higher with heavy use |
| Peak levels | 5–12 min after smoking |
| Protein binding | 97–99% |
| Vol. Distribution | Initially very low; with heavy use approx. 10 L/kg |
| Metabolism | Hepatic; microsomal hydroxylation; very heterogeneous mixtures; many metabolites |
| Half-life | 25 hr; after repeated use, 4 days |

## MECHANISM

Delta-9-tetrahydrocannabinol, the main ingredient in cannabis, is psychoactive. The exact mechanism of its psychoactivity is not known. It is known, however, that this

GILLEN 222

compound interacts with many neurotransmitters, including cholinergic, dopaminergic, noradrenergic, serotonergic, and GABA sites.

## TOXICITY

Much controversy surrounds the question of the extent of cannabinoid toxicity. In general, toxicity is mild, especially if the drug is used in moderation. Low doses are associated with euphoria and relaxation. Moderate doses produce a disturbance in thought processes, time perception, and short-term memory. Ataxia may be present. High doses can cause disorientation, paranoia, and sensory distortion. Physical effects related to heavy, long-term use of cannabis are episodes of sinus tachycardia, decrease in alveolar macrophage activity, and impaired pulmonary function. Cancer incidence is alleged to be above normal because cannabis joints are rich in carcinogenic tars.

## INTERPRETIVE CRITERIA

### Blood Level

Studies on correlations between plasma levels and drug effect have not been widely conducted, partly because of stringent controls on such studies and partly because of the controversies surrounding the extent of toxicity associated with cannabinoids. Serum testing for THC is not readily available except in specialized laboratories. This analysis is challenging because THC achieves only very low amounts in blood and also because it has a very large number of metabolites with similar structures. This places a demand upon the assay method to be specific. When ingested (20 mg) cannabinoids produce peak THC levels around 10 ng/mL, whereas the serum level reached after inhalation of 5 mg is 100 ng/mL.

Agurell has shown that there is a nonlinear relation between plasma THC concentration and symptoms of severity of intoxication.[1]

Cone and Huestis[2] analyzed studies published on the important issues of the relationships between levels and effect and between levels and time of usage. Their conclusions are as follows:

1. There is a lack of correspondence between plasma THC level and physiological and behavioral effects immediately after smoking marijuana.

2. Once equilibrium is reached, intensity of effect is proportional to THC plasma level.

3. After 1 hr there is a linear decline in drug feeling as plasma THC concentration decreases.

4. A cutoff of 10 ng/mL for THC in plasma can be used as evidence of functional impairment.[3]

5. Two models relate to time of use vs. concentration. For Model I,

$$\log hr = -0.698 \log THC + 0.687, r = 0.949$$

where THC is the concentration of tetrahydrocannabinol (ng/mL). This equation ac-

curately predicts time since marijuana use for smoking of cannabis but not for oral use. For Model II,

$$\log hr = 0.576 \log THCCOOH/THC - 0.176, r = 0.919$$

where THCCOOH is the concentration of 11-nor-9-carboxy-THC (ng/mL) and THC is the concentration of tetrahydrocannabinol (ng/mL). This equation accurately predicts time of use for infrequent smokers or ingesters; it is less accurate than Model I for frequent smokers.

Urine Testing

Urine testing for THC is readily available from most laboratories. The immunoassay screening methods used are highly specific for cannabinoids (marijuana) but not fully specific for any one metabolite. The major metabolite, delta-9-THC-carboxylic acid, is the object of confirmation testing. Levels of this compound in urine are likely to be different from the amounts found in screening because the screen detects most members of the cannabinoid family. Presence of cannabinoids in the urine is proof of exposure to them by some route. Passive inhalation is a possibility but several studies have shown that passive inhalation, even from the most intense exposure to cannabinoids, rarely produces urine concentrations that exceed the cutoffs used in most laboratories and required by regulatory programs [e.g. Substance Abuse Mental Health Services Administration, (SAMSHA) and College of American Pathologists (CAP) have cutoffs of 50 ng/mL for screening and 15 ng/mL for confirmation].

Positive urine findings do not correlate with degree of intoxication. There are many reasons for this. One of the major reasons is the persistence of THC in adipose tissue long after the exposure to cannabinoids on the part of the user. THC is unique in this regard, being able to cause positive urine findings as much as 2 months after the discontinuation of use if the user is obese and the level of drug use was heavy. Although there is the potential for positive findings as long as 2 months after discontinuation of use, the usual situation is one in which detection times run from 1–5 days after discontinuation of low dose usage to 3–6 days after discontinuation of high dose usage.[4] Detection times also depend on the test method used. For some methods the detection time was as long as twice the detection window observed with a different immunoassay.[4]

Urine testing is affected by adulteration of the specimen in many ways. A myriad of potential adulterants have been tested by toxicologists and have been tried by clients of drug-testing programs. Many are effective in causing false laboratory results, but the majority of these adulterants are detectable by laboratory methods used for purposes of protecting the accuracy of the analysis.

## METHODS

For screening, many immunoassay methods are available. Their specificity is fairly limited to THCCOOH (usual assay calibrator) and members of the cannabinoid family.

GILLEN 224

For confirmation, highly reliable gas chromatographic-mass spectrometric methods are available for positive identification of THCCOOH in urine. Most of these methods require hydrolysis of the conjugated metabolite under mildly alkaline conditions. Then the analyte is derivatized, usually with methylation or trimethylsilylation. Many effective methods have been published for this common and important analysis.[5-7]

## REFERENCES

1. Agurell, S, et al. Pharmacokinetics and metabolism of delta-1-tetrahydrocannabinol and other cannabinoids with emphasis on man. Pharmacol Rev 1986;38:21–43.
2. Cone, EJ, Huestis, MA. Relating blood concentrations of tetrahydrocannabinol and metabolites to pharmacologic effects and time of marijuana usage. Ther Drug Monit 1993;15:527–32.
3. McBay, AJ. Cannabinoid testing: forensic and analytical aspects. Lab Manage 1985;23:36–41.
4. Huestis, MA, et al. Detection times of marijuana metabolites in urine by immunoassay and GC-MS. J Anal Toxicol 1995;19:443–449.
5. Foltz, RL, Sunshine, I. Comparison of a TLC method with EMIT and GC/MS for detection of cannabinoids in urine. J Anal Toxicol 1990;14:375–378.
6. Weaver, ML, et al. Correlations on radioimmunoassay, fluorescence polarization immunoassay, and enzyme immunoassay of cannabis metabolites with gas chromatography/mass spectrometry analysis of 11-nor-delta 9-tetrahydrocannabinol-9- carboxylic acid in urine specimens. Forens Sci Int 1991;49:43–56.
7. Paul, BD, et al. Detection and quantitation of urinary 11-nor-delta-9-tetrahydrocannabinol-9-carboxylic acid, a metabolite of tetrahydrocannabinol, by capillary gas chromatography and electron impact mass fragmentography. J Anal Toxicol 1987;11,:1–5.



GILLEN 225