INDEX OF EXHIBITS TO REPLY TO OPPOSITION ON PLAINTIFF DENISE
GILLEN'S MOTION FOR SECOND AMENDMENT OF COMPLAINT TO
GOING NON-DIVERSE DEFENDANT AND FOR REMAND

| Exhibit No. | Description |
|---|---|
| 1 | 10/25/05 Letter to Cynthia Ducey |
| 2 | 11/3/05 Letter to Cynthia Ducey |
| 3 | 12/12/05 Letter to Cynthia Ducey |
| 4 | 12/27/05 Letter to Cynthia Ducey |
| 5 | Plaintiff's First Supplement to Initial Disclosures |
| 6 | 1/13/06 Letter to Cynthia Ducey |
| 7 | 1/13/05 [sic] received 1/13/06 Letter from Cynthia Ducey to Elizabeth Smith |
| 8 | 1/17/06 Letter to Cynthia Ducey |
| 9 | 1/19/06 Letter from Cynthia Ducey to Elizabeth Smith |
| 10 | 1/20/06 Fax to Cynthia Ducey |
| 11 | 1/24/06 Letter to Cynthia Ducey |
| 12 | Plaintiff's Fifth Supplement to Initial Disclosures |
| 13 | Plaintiff's Sixth Supplement to Initial Disclosures |

**Certificate of Service**
I certify that on the 2nd day of March, 2006, the
foregoing was electronically served on:
Cynthia Ducey
Attorney for Safeway
1001 West 3rd Avenue Ste 400
Anchorage, AK 99501-1936
 /s/ Elizabeth N. Smith