Cynthia L. Ducey
Delaney Wiles, Inc.
1007 West 3rd Avenue, Suite 400
Anchorage, AK 99501
(907) 279-3581
(907) 277-1331 fax
cld@delaneywiles.com

Attorney for Defendant Safeway, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DENISE FAYE GILLEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| SAFEWAY, INC., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | Case No. A05-234 CV (TMB) |

**REQUEST FOR ORAL ARGUMENT ON PLAINTIFF'S
MOTION TO AMEND AND MOTION FOR REMAND**

Safeway, Inc., requests oral argument on plaintiff's motion for second amendment of complaint and motion to remand. The request for oral argument is timely and made pursuant to D.AK.L.R. 7.2(a), given the new position taken by plaintiff in her reply to motion for second amendment of complaint and motion to remand, i.e. for the first time she admits that she is seeking no money damages is making no tort claim against the pharmacists, Teresa Heilig.

DATED at Anchorage, Alaska this ___6___ day of March, 2006

**DELANEY, WILES, HAYES,
GERETY, ELLIS & YOUNG, INC.**
Attorneys for Defendant
SAFEWAY, INC.

*/s/ Cynthia Ducey*
Cynthia L. Ducey ABA# 8310161

**Certificate of Service**

On this 6th day of March, 2006,
I caused to be electronically served a copy
of this document upon:

Elizabeth N. Smith
The Law Office of Kenneth J. Goldman, P.C.
550 S Alaska Street, Suite 4-5
Palmer, AK 99645

Cynthia L. Ducey
114447

DELANEY WILES, INC.
SUITE 400
007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581