Cynthia L. Ducey
Delaney Wiles, Inc.
1007 West 3rd Avenue, Suite 400
Anchorage, AK 99501
(907) 279-3581
(907) 277-1331 fax
cld@delaneywiles.com

Attorney for Defendant Safeway, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DENISE FAYE GILLEN, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| SAFEWAY, INC., | ) ) |
| Defendant. | ) ) ) Case No. A05-234 CV (TMB) |

NOTICE OF COMPLIANCE WITH ORDER DATED 3/17/06

Safeway, Inc., herein files notice of compliance with court order dated 3/17/06 regarding disclosure of Heilig address. Attached is a letter dated 3/16/06 disclosing Ms. Heilig current address in Palmer.

DATED at Anchorage, Alaska this ____ day of March, 2006

DELANEY, WILES, HAYES,
GERETY, ELLIS & YOUNG, INC.
Attorneys for Defendant
SAFEWAY, INC.

for Cynthia L. Ducey ABA# 8310161

ELANEY WILES, INC.
SUITE 400
007 WEST 3RD AVENUE
NCHORAGE, ALASKA
(907) 279-3581

**Certificate of Service**

On this _22_ day of March, 2006,
I caused to be electronically served a copy
of this document upon:

Elizabeth N. Smith
The Law Office of Kenneth J. Goldman, P.C.
550 S Alaska Street, Suite 4-5
Palmer, AK 99645

114447

DELANEY WILES, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

**NOTICE OF COMPLIANCE**
*Gillen v. Safeway, Inc.*; Case No. A05-234 CV (TMB)                                    Page 2 of 2