DELANEY, WILES, HAYES, GERETY, ELLIS & YOUNG, INC.
ATTORNEYS AT LAW
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA 99501-1936
TELEPHONE (907) 279-3581
FAX (907) 277-1331
WWW.DELANEYWILES.COM

CLAY A. YOUNG
JAMES B. FRIDERICI
ANDREW GUIDI
HOWARD A. LAZAR
DONALD C. THOMAS
TIMOTHY J. LAMB
CYNTHIA L. DUCEY
DONNA M. MEYERS
KEVIN L. DONLEY

ERIC A. RINGSMUTH
JONATHAN P. CLEMENT
WILLIAM R. WARNOCK
MARGARET A. PATON-WALSH

OF COUNSEL
DANIEL A. GERETY
STEPHEN M. ELLIS
WILLIAM E. MOSELEY
GREGORY L. YOUNGMUN

March 16, 2006

VIA FAX

Elizabeth N. Smith
The Law Office of Kenneth J. Goldman, P.C.
550 S Alaska Street, Suite 4-5
Palmer, AK 99645

RE: Gillen v. Safeway, Inc.
    Case No. 3PA-05-1645 Civil

Dear Ms. Smith:

I received your letter dated March 6, 2006 regarding your request for Teresa Heilig's residential address as of the date of filing of the Complaint. As you know, Ms. Heilig was on family medical leave when you originally requested this information. Ms. Heilig's residential address at the time of filing of the Complaint was 755 West Fern Avenue, Palmer Alaska 99645.

Sincerely,

Delaney Wiles, Inc.

William R. Warnock, Jr.

114949

## Confirmation Report - Memory Send

Page        : 001
Date & Time : Mar-17-06  08:49am
Line 1      :
Line 2      :
E-mail      :
Machine ID  :

| | | |
|---|---|---|
| Job number | : | 652 |
| Date | : | Mar-17 08:47am |
| To | : | ☎919077462340 |
| Number of pages | : | 002 |
| Start time | : | Mar-17 08:47am |
| End time | : | Mar-17 08:49am |
| Pages sent | : | 002 |
| Status | : | OK |
| Job number | : 652 | *** SEND SUCCESSFUL *** |

---

**DELANEY, WILES, HAYES, GERETY, ELLIS & YOUNG, INC.**
ATTORNEYS AT LAW
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 279-3581
FAX (907) 277-1331
WWW.DELANEYWILES.COM

CLAY A. YOUNG
JAMES B. FRIDRICI
ANDREW GUIDI
HOWARD A. LAZAR
DONALD C. THOMAS
TIMOTHY J. LAMB
CYNTHIA L. DUCEY
DONNA M. MEYERS
KEVIN L. DONLEY

ERIC A. RINGSMUTH
JONATHAN P. CLEMENT
WILLIAM R. WARNOCK
MARGARET A. PATON-WALSH
OF COUNSEL:
DANIEL A. GERETY
STEPHEN M. ELLIS
WILLIAM E. MOSELEY
GREGORY L. YOUNGMUN

## FAX TRANSMISSION COVER SHEET

TO:             Elizabeth N. Smith
COMPANY:        The Law Office of Kenneth J. Goldman, P.C.
FAX NO:         1-907-746-2340
FROM:           William Warnock for Cynthia L. Ducey
DATE:           Thursday, March 16, 2006
RE:             Gillen v. Safeway

NUMBER OF PAGES INCLUDING COVER SHEET:

COMMENTS:       letter of same date

HARD COPY MAILED:    Yes

**Confidential Communication**
This message is intended only for the use of person(s) to whom it is addressed, and may not be otherwise distributed, copied or disclosed. The contents may also contain information that is privileged, confidential and exempt from disclosure under applicable law. These rights are not waived by transmission of the information via facsimile. If you received this communication in error, please notify us immediately by telephone (collect, if necessary) and return the original message to us at the above address by mail. We will reimburse you any reasonable expenses incurred.