MEDICAL EXPENSES
1/1/04 to 9/20/04

Run Date: 09/28/2004

Patient: GILLEN, DENISE
HC04 BOX 7401B

PALMER      AK 99645
DOB: 01/25/1958    Sex: F

CARRS #27-1814
PIONEER SQUARE #14
PALMER      AK 99645
(907) 761-1460
NABP #: 0201448
DEA: BC2462884

| Date | Rx # | Rf | Drug | NDC | Qty | DS | Prescriber | Price | TP-1$ | TP-2$ | TP-3$ | Cust-$ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/19/04 | 6809668 | 0 | MACROBID 100MG | CAP 00149-0710-01 | 14 | 7 | LEMAGIE, SUSAN | $30.09 | | | | $30.09 |
| | | | Primary Ins. PCS | | | | | | | | | |
| 02/21/04 | 4143384 | 0 | DIAZEPAM 10MG | TAB 00228-2053-10 | 2 | 1 | HAMLETT, SHERYLE | $2.85 | | | | $2.85 |
| | | | Primary Ins. PCS | | | | | | | | | |
| 02/23/04 | 4143436 | 0 | HYDROCOD/APAP 5/500 | TAB 00406-0357-05 | 20 | 3 | HAMLETT, SHERYLE | $5.36 | | | | $5.36 |
| | | | Primary Ins. PCS | | | | | | | | | |
| 03/27/04 | 4144239 | 0 | APAP/CODEINE 300/30 | TAB 00093-0150-10 | 15 | 15 | ZERGER, CHRIS | $5.31 | | | | $5.31 |
| | | | Primary Ins. PCS | | | | | | | | | |
| 03/27/04 | 6814208 | 0 | POTASSIUM CL10MEQ ER | CAP 58177-0001-08 | 60 | 15 | ZERGER, CHRIS | $13.19 | $3.19 | | | $10.00 |
| | | | Primary Ins. PCS | | | | | | | | | |
| 03/27/04 | 6814209 | 0 | NATALCARE PLUS | TAB 58177-0225-04 | 13 | 13 | ZERGER, CHRIS | $4.30 | | | | $4.30 |
| | | | Primary Ins. PCS | | | | | | | | | |
| 04/15/04 | 6816333 | 0 | TERAZOL 7 0.4% | CRE 00062-5350-01 | 45 | 7 | TURGEON, ELIZABETH C | $42.11 | $2.11 | | | $40.00 |
| | | | Primary Ins. PCS | | | | | | | | | |
| 04/15/04 | 4144670 | 0 | AMBIEN 5MG | TAB 00024-5401-31 | 14 | 14 | TURGEON, ELIZABETH C | $32.90 | | | | $32.90 |
| | | | Primary Ins. PCS | | | | | | | | | |
| 04/27/04 | 4144670 | 1 | AMBIEN 5MG | TAB 00024-5401-31 | 14 | 14 | TURGEON, ELIZABETH C | $32.90 | | | | $32.90 |
| | | | Primary Ins. PCS | | | | | | | | | |
| 05/12/04 | 4145291 | 0 | HYDROC/APAP 7.5/750 | TAB 00406-0360-05 | 12 | 3 | WANG, JOSEPH Y | $4.20 | | | | $4.20 |
| | | | Primary Ins. PCS | | | | | | | | | |
| 05/12/04 | 4144670 | 2 | AMBIEN 5MG | TAB 00024-5401-31 | 2 | 14 | TURGEON, ELIZABETH C | $6.84 | | | | $6.84 |
| | | | Primary Ins. PCS | | | | | | | | | |
| 06/08/04 | 4145888 | 0 | HYDROC/APAP 7.5/750 | TAB 00406-0360-05 | 12 | 3 | WANG, JOSEPH DDS | $4.20 | | | | $4.20 |
| | | | Primary Ins. PCS | | | | | | | | | |
| 07/13/04 | 6827022 | 0 | ULTRACET | TAB 00045-0650-60 | 20 | 10 | TURGEON, ELIZABETH C | $21.21 | | | | $21.21 |
| | | | Primary Ins. PCS | | | | | | | | | |
| 08/02/04 | 4147041 | 0 | HYDROCOD/APAP 5/500 | TAB 00406-0357-05 | 20 | 3 | SAHAGUN, GERONIMO | $5.36 | | | | $5.36 |
| | | | Primary Ins. PCS | | | | | | | | | |
| 08/23/04 | 6831285 | 0 | ULTRACET | TAB 00045-0650-60 | 20 | 10 | TURGEON, ELIZABETH C | $21.21 | | | | $21.21 |
| | | | Primary Ins. PCS | | | | | | | | | |
| 09/16/04 | 6834015 | 0 | ULTRACET | TAB 00045-0650-60 | 20 | 10 | TURGEON, ELIZABETH C | $21.21 | | | | $21.21 |
| 09/20/04 | 6834230 | 0 | ULTRACET | TAB 00045-0650-60 | 20 | 10 | TURGEON, ELIZABETH C | $32.49 | | | | $32.49 |

Totals:                                                                              $285.73                      $280.43

Attested To By: _Lorenzen R.Ph._
                Registered Pharmacist

RECEIVED SEP 29 2004 BY:

EXHIBIT 1