ULTRACET

GENERIC NAME: TRAMADOL (TRA-ma-doll) and
ACETAMINOPHEN (a-seat-a-MIN-oh-fen)

COMMON USES: This medicine is an analgesic combination used to treat or prevent pain for a short period of time (usually 5 days or less).

HOW TO USE THIS MEDICINE: Follow the directions for using this medicine provided by your doctor. THIS MEDICINE MAY BE TAKEN on an empty stomach or with food. STORE THIS MEDICINE at room temperature in a tightly-closed container away from heat and light. IF YOU MISS A DOSE OF THIS MEDICINE and you are taking it regularly, take it as soon as you remember. If it is almost time for your next dose, skip the missed dose and go back to your regular dosing schedule. DO NOT TAKE 2 doses at once.

CAUTIONS: DO NOT TAKE THIS MEDICINE IF YOU HAVE HAD A SEVERE ALLERGIC REACTION to codeine, hydrocodone, dihydrocodeine, or oxycodone (such as Tylox, Tylenol with Codeine, Vicodin). A severe allergic reaction includes a severe rash, hives, breathing difficulties, or dizziness. If you have a question about whether you are allergic to this medicine, or if a certain medicine contains any of these medicines, contact your doctor or pharmacist. IF YOU EXPERIENCE difficulty breathing; tightness of chest; swelling of eyelids, face, or lips; or if you develop a rash or hives, tell your doctor immediately. Do not take any more doses of this medicine unless your doctor tells you to do so. DO NOT EXCEED THE RECOMMENDED DOSE or take this medicine for longer than prescribed. Exceeding the recommended dose or taking this medicine for longer than prescribed may be habit-forming. If using this medicine for an extended period of time, DO NOT SUDDENLY STOP taking this medicine without your doctor's approval. Your dose may need to be lowered slowly to avoid side effects. AVOID ALCOHOL while you are using this medicine. THIS MEDICINE WILL ADD TO THE EFFECTS of alcohol and other depressants. Ask your pharmacist if you have any questions about which medicines are depressants. THIS MEDICINE CONTAINS ACETAMINOPHEN. Do not take additional acetaminophen for pain or fever without checking with your doctor or pharmacist. Ask your doctor whether you should take this medicine or other pain relievers/fever reducers. Acetaminophen may cause liver damage. Alcohol use combined with this medicine may increase your risk for liver damage. This medicine may cause dizziness or drowsiness. DO NOT DRIVE, OPERATE MACHINERY, OR DO ANYTHING ELSE THAT COULD BE DANGEROUS until you know how you react to this medicine. USING THIS MEDICINE ALONE, with other medicines, or with alcohol, may lessen your ability to drive or to perform other potentially dangerous tasks. IF DIZZINESS OCCURS, sit or stand up slowly. BEFORE YOU BEGIN TAKING ANY NEW MEDICINE, either prescription or over-the-counter, check with your doctor or pharmacist. Caution is advised when using this medicine in the elderly because they may be more sensitive to the effects of this medicine. FOR WOMEN: IF YOU PLAN ON BECOMING PREGNANT, discuss with your doctor the benefits and risks of using this medicine during pregnancy. THIS MEDICINE IS EXCRETED IN BREAST MILK. DO NOT BREAST-FEED while taking this medicine.

POSSIBLE SIDE EFFECTS: SIDE EFFECTS that may occur while taking this medicine include drowsiness, dizziness, or constipation. If they continue or are bothersome, check with your doctor. CHECK WITH YOUR DOCTOR AS SOON AS POSSIBLE if you develop a skin rash, itching, confusion, changes in mood or behavior, dark urine or pale stools, yellowing of the skin or eyes, or unusual tiredness. CONTACT YOUR DOCTOR IMMEDIATELY if you experience seizures or hallucinations. AN ALLERGIC REACTION to this medicine is unlikely, but seek immediate medical attention if it occurs. Symptoms of an allergic reaction include rash, itching, swelling, dizziness, or trouble breathing. If you notice other effects not listed above, contact your doctor, nurse, or pharmacist.

The information in this monograph is not intended to cover all possible uses, directions, precautions, drug interactions, or adverse effects. This information is generalized and is not intended as specific medical advice. If you have questions about the medicines you are taking or would like more information, check with your doctor, pharmacist, or nurse.

Copyright 2004 Wolters Kluwer Health, Inc. All rights reserved. Database Edition 04.3

---

CARRS #1814

Official Receipt - Please retain for tax or insurance

PIONEER SQUARE #14
PALMER, AK 99645
(907)761-1460          (907)746-6052          01/58

GILLEN, DENISE
HC04 BOX 7401B
PALMER, AK 99645

DR. TURGEON, ELIZABETH C.
3223 E PALMER WASILLA HWY
WASILLA, AK 99654

Rx:6834230    Sep 20, 2004    Safety Cap: Yes
ULTRACET    TAB    (MCNE)Qty: 20 TAB
NDC: 00045-0650-60    TH/JL    [NW]

Amount Due: $3.49  n/c    Refund  pt  9.21.21

TAKE ONE TABLET BY MOUTH TWICE DAILY AS NEEDED

Refills: 0

1 - Do not suddenly stop drug without consulting Doctor
2 - Do not exceed recommended dosage
3 - Use cautiously with other depressant-type drugs
4 - May cause drowsiness/dizziness. Drive with caution
5 - Check with Dr. before taking any other medicine
6 - Report hives/itching/problems in breathing to Dr
7 - Promptly report unusual symptoms/effects to Dr
8 - If condition persists or worsens, notify Dr

Pat Allergies: PENICILLINS,
Pat:*****************

Ron Miller  Safety Caps: Yes
339.7790

Rx 6834230

GILLEN, DENISE
00045-0650-60

labelw8a.ro

EXHIBIT 2