MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

*Gillen v. Safeway*, *et al.*
Case No. 3:05-cv-0234-TMB

By:             THE HONORABLE TIMOTHY M. BURGESS

PROCEEDINGS:    ORDER FROM CHAMBERS

      On March 17, 2006, the Court issued an Order granting Gillen's motion for leave to amend the complaint to include Teresa Heilig as a defendant. Docket No. 32. The Court deferred a ruling on Gillen's motion for remand pending the filing of the amended complaint and documentation regarding Heilig's residency, but indicated that it would immediately remand the case if joining Heilig destroyed diversity jurisdiction. *Id.* Gillen subsequently filed the amended complaint. Docket No. 34. Safeway filed a notice of compliance, with an attachment indicating that at the relevant time, Heilig was an Alaska resident. Docket No. 33. Because Heilig's Alaska residency destroys complete diversity, this Court does not have jurisdiction. *See* 28 U.S.C. § 1332. This matter is therefore **REMANDED** to Superior Court for the State of Alaska.

    **IT IS SO ORDERED.**

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE:  March 29, 2006